**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*, | Case No. 17-13030 (   ) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF FILING OF CONSOLIDATED CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Life Settlements Absolute Return I, LLC and Senior LS Holdings, LLC (collectively, the "**Debtors**"), hereby certify that the Consolidated Creditor Matrix, attached as **Exhibit A** hereto, contains the names and addresses of the Debtors' known creditors, potential creditors, and certain other parties in interest. The Consolidated Creditor Matrix was prepared with information existing as of December 29, 2017 (the "**Petition Date**") based upon a reasonable review of the Debtors' books and records existing as of the Petition Date. For the foregoing reasons, the Debtors reasonably believe that the Consolidated Creditor Matrix is complete, true, and correct.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 2131 Woodruff Road, Suite 2100-117, Greenville, South Carolina 29607, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

{BAY:03160232v2}   1

The Debtors have not undertaken any comprehensive legal or factual investigations with regard to possible defenses or counterclaims to any potential claims of creditors listed in the Consolidated Creditor Matrix. Therefore, the Consolidated Creditor Matrix does not and should not be deemed to constitute: (i) a waiver by the Debtors of any defense, counterclaim, or right to offset to any listed claims; (ii) an acknowledgment by the Debtors of the allowability of any of any listed claims; or (iii) a waiver of any other rights or arguments, whether in law or at equity, that may be asserted by the Debtors.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-_____ ( )<br>(Joint Administration Requested) |

## DECLARATION REGARDING THE DEBTORS' CONSOLIDATED CREDITOR MATRIX

I, Robert J. Davey, III, hereby declare under penalty of perjury:

1. I am the Secretary/Treasurer of The Attilanus Fund I, L.P. ("**Attilanus**"), which is the sole member of Life Settlements Absolute Return I, LLC ("**LSAR**"), and I am the Secretary/Treasurer of Senior LS Holdings, LLC ("**Senior LS**," and collectively with LSAR, the "**Debtors**").

2. I have reviewed the Consolidated Creditor Matrix, attached to the *Notice of Filing of Consolidated Creditor Matrix* (the "**Notice**") as **Exhibit A**, and hereby certify that it is true and correct to the best of my information and belief.

Executed this 29th day of December 2017

                                    Signature: */s/ Robert J. Davey, III*
                                              Robert J. Davey, III
                                              Secretary/Treasurer

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 2131 Woodruff Road, Suite 2100-117, Greenville, South Carolina 29607, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

{BAY:03160232v2}

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Attilanus Fund I, LP | 2131 Woodruff Road | Suite 2100-117 | | Greenville | SC | 29607 | USA |
| Beaver County Pension Plan | Beaver County Pennsylvania, Office of the Comptroller | c/o David Rossi, Controller Beaver County Courthouse | 810 Third Street | Beaver | PA | 15009 | USA |
| The Berwyn Group | 2 Summit Park Drive | Suite 610 | | Independence | OH | 44131-2565 | USA |
| CSI Corporate Security & Investigations, Inc. | 3645 Brodhead Road | | | Monaca | PA | 15061 | USA |
| Eastman Retirement Assistance Plan Trust | Eastman Retirement Assistance Plan Committee Erapco | P.O. Box 1975 | | Kingsport | TN | 37662-1975 | USA |
| Employees' Retirement System of the Government of the Virgin Islands (USVI) | 3438 Kronprindsens Gade | GERS Complex – Suite 1 | | St. Thomas | VI | 00802 | United States – Virgin Islands |
| Ensign Peak Advisors, Inc. | 60 East South Temple | Suite 400 | | Salt Lake City | UT | 84111 | USA |
| IBEW Local 98 | IBEW Local 98 Business Office | 1701 Spring Garden Street | | Philadelphia | PA | 19130 | USA |
| Vertical Capital Holidngs, LLC | 460 St. Michaels Drive | Suite 701 | | Santa Fe | NM | 87505 | USA |
| Wells Fargo Bank, National Association | c/o Corporate Trust Services | MAC: U1228-120 | 299 South Main Street, 12th Floor | Salt Lake City | UT | 84111 | USA |
| Wells Fargo Bank, N.A. | MAC: N9311-61 | 6th and Marquette | | Minneapolis | MN | 55479 | USA |

{BAY:03160274v1}