# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Employees' Retirement System of the Government of the Virgin Islands ("GERS"), hereby enters its appearance by and through its undersigned counsel, Duane Morris LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the undersigned attorneys at the following addresses, email addresses and facsimile numbers:

> DUANE MORRIS LLP
> Michael R. Lastowski
> Christopher M. Winter
> Jarret P. Hitchings
> 222 Delaware Avenue, Suite 1600
> Wilmington, DE 19801-1659
> Telephone: (302) 657-4900
> Facsimile: (302) 657-4901
> E-mail:    mlastowski@duanemorris.com
>                  cmwinter@duanemorris.com
>                  jphitchings@duanemorris.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731).

above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended, and shall not be deemed or construed, as (a) a consent by GERS to jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving GERS or (b) a waiver of any of the rights of GERS including, without limitation (i) to have final orders in non-core matters entered only after *de novo review* by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which GERS is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: January 2, 2018<br>Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Christopher M. Winter*<br>DUANE MORRIS LLP<br>Michael R. Lastowski (DE Bar I.D. #3892)<br>Christopher M. Winter (DE Bar I.D. #4163)<br>Jarret P. Hitchings (DE Bar I.D. #5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail:   mlastowski@duanemorris.com<br>             cmwinter@duanemorris.com<br>             jphitchings@duanemorris.com<br><br>*Counsel to Employees' Retirement System of the Government of the Virgin Islands* |