# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE<br>RETURN I, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-13030 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, Larry Morton, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for the Debtors, in the above-captioned chapter 11 cases, and that on the fifth day of January, 2018, I caused copies of the following to be served upon the parties listed in **Exhibit A** in the manner indicated:

- Debtors' Motion for an Order Directing Joint Administration of Cases Pursuant to Fed. R. Bankr. P. 1015(b) [D.I. 3]

- Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases [D.I. 25]

- Motion of Debtors for Entry of an Interim Order Authorizing Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [D.I. 4]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 2131 Woodruff Road, Suite 2100-117, Greenville, South Carolina 29607, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

{BAY:03163638v2}

- Interim Order Pursuant to 11 U.S.C. §§ 105(A), 345, 363(B), and 363(C) For Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [D.I. 26]

- Motion of Debtors for Entry of Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Continue Paying Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [D.I. 6]

- Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing the Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [D.I. 27]

I further depose and say that, on the fifth day of January, 2018, I caused copies of the **Notice of Interim Orders and Second Day Hearing to Be Held on February 5, 2018 at 10:30 a.m. (EST) [D.I. 28]**, as well as the following documents referenced therein, to be served on the parties listed in **Exhibit B** in the manner indicated:

- Motion of Debtors for Entry of Order Enlarging the Time Within Which the Debtors May File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 5]

- Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a), 328, 330, and 1107 Authorizing the Employment and Retention of Bayard, P.A. as Bankruptcy Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date and Statement Required by 11 U.S.C. § 329 [D.I. 9]

- Application by the Debtors for Entry of an Order Authorizing the Employment and Retention of Nelson Mullins Riley & Scarborough, LLP as Bankruptcy Counsel and General Corporate Counsel to the Debtors Effective Nunc Pro Tunc to the Petition Date [D.I. 10]

- Application by the Debtor for Entry of an Order Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Elliott Davis, LLC as Accountants for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 11]

- Motion of Debtors for Order Authorizing Employment, Retention, and Compensation of Clear View Advisors Corporation as the Contractor to the

Equity Representative in the Ordinary Course of Business Pursuant to 11 U.S.C. § 327(b), Nunc Pro Tunc to the Petition Date [D.I. 12]

I further depose and say that on the ninth day of January, 2018, I caused copies of the **Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 29]** to be served on the parties listed in **Exhibit B** in the manner indicated.

Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: January 10, 2018

Notary Public

# EXHIBIT A

**Via hand delivery:**

| | | | | | |
|---|---|---|---|---|---|
| Office of the United States Trustee | c/o Benjamin A. Hackman c/o Brya Keilson | 844 King Street | Suite 2207, Lockbox #35 | Wilmington | DE | 19801 | USA |
| WSFS Christiana Trust[1] | | 501 Carr Road | | Wilmington | DE | 19809 | USA |

**Via U.S. First Class Mail:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Attilanus Fund I, LP | | 2131 Woodruff Road | Suite 2100-117 | Greenville | SC | 29607 | USA |
| Beaver County Pension Plan | Beaver County Pennsylvania, Office of the Comptroller | c/o David Rossi, Controller Beaver County Courthouse | 810 Third Street | Beaver | PA | 15009 | USA |
| The Berwyn Group | | 2 Summit Park Drive | Suite 610 | Independence | OH | 44131-2565 | USA |
| CSI Corporate Security & Investigations, Inc. | | 3645 Brodhead Road | | Monaca | PA | 15061 | USA |
| Eastman Retirement Assistance Plan Trust | Eastman Retirement Assistance Plan Committee Erapco | P.O. Box 1975 | | Kingsport | TN | 37662-1975 | USA |
| Employees' Retirement System of the Government of the Virgin Islands (USVI) | | 3438 Kronprindsens Gade | GERS Complex – Suite 1 | St. Thomas | VI | 00802 | USVI |
| Ensign Peak Advisors, Inc. | | 60 East South Temple | Suite 400 | Salt Lake City | UT | 84111 | USA |
| IBEW Local 98 | | IBEW Local 98 Business Office | 1701 Spring Garden Street | Philadelphia | PA | 19130 | USA |
| Vertical Capital Holdings, LLC | | 460 St. Michaels Drive | Suite 701 | Santa Fe | NM | 87505 | USA |
| Wells Fargo Bank, National Association | c/o Corporate Trust Services | MAC: U1228-120 | 299 South Main Street, 12th Floor | Salt Lake City | UT | 84111 | USA |
| Wells Fargo Bank, N.A. | | MAC: N9311-61 | 6th and Marquette | Minneapolis | MN | 55479 | USA |

---

[1] Served with (i) Motion of Debtors for Entry of an Interim Order Authorizing Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [D.I. 4] and (ii) Interim Order Pursuant to §§ 105(A), 345, 363(B), and 363(C) for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [D.I. 26] only.

{BAY:03163671v1}

# EXHIBIT B

| | Via hand delivery: | | | | |
|---|---|---|---|---|---|
| Office of the United States Trustee | c/o Benjamin A. Hackman c/o Brya Keilson | 844 King Street | Suite 2207, Lockbox #35 | Wilmington | DE | 19801 | USA |

| | Via U.S. First Class Mail: | | | | |
|---|---|---|---|---|---|
| The Attilanus Fund I, LP | 2131 Woodruff Road | Suite 2100-117 | | Greenville | SC | 29607 | USA |
| Beaver County Pension Plan | Beaver County Pennsylvania, Office of the Comptroller | c/o David Rossi, Controller Beaver County Courthouse | 810 Third Street | Beaver | PA | 15009 | USA |
| The Berwyn Group | 2 Summit Park Drive | Suite 610 | | Independence | OH | 44131-2565 | USA |
| CSI Corporate Security & Investigations, Inc. | 3645 Brodhead Road | | | Monaca | PA | 15061 | USA |
| Eastman Retirement Assistance Plan Trust | Eastman Retirement Assistance Plan Committee Erapco | P.O. Box 1975 | | Kingsport | TN | 37662-1975 | USA |
| Employees' Retirement System of the Government of the Virgin Islands (USVI) | 3438 Kronprindsens Gade | GERS Complex – Suite 1 | | St. Thomas | VI | 00802 | USVI |
| Ensign Peak Advisors, Inc. | 60 East South Temple | Suite 400 | | Salt Lake City | UT | 84111 | USA |
| IBEW Local 98 | IBEW Local 98 Business Office | 1701 Spring Garden Street | | Philadelphia | PA | 19130 | USA |
| Vertical Capital Holdings, LLC | 460 St. Michaels Drive | Suite 701 | | Santa Fe | NM | 87505 | USA |