## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1] | Case No. 17-13030 (MFW) (Jointly Administered) |
| Debtors. | |

## SCHEDULE OF ASSETS AND LIABILITIES FOR THE DEBTORS

Life Settlements Absolute Return I, LLC and Senior LS Holdings, LLC (collectively, the "***Debtors***") with the assistance of their counsel and advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***, and together with the Schedules, the "***Schedules and Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 2131 Woodruff Road, Suite 2100-117, Greenville, South Carolina 29607, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 North King Street, Suite 400, Wilmington, DE 19801.

{BAY:03202204v1}

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors, their officers, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, agents and attorneys expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**.  Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("*Claim*") description, designation, or Debtors against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-

bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

2. **Description of Case**.  On December 29, 2017 (the "***Petition Date***"), each of the Debtor filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' cases are being jointly administered.

3. **Recharacterization**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether certain Claims, specifically including, but not limited to, any alleged Claim held by the Employee Retirement System of the Government of the Virgin Islands should be recharacterized as equity rather than debt.

4. **Insiders**.  For purposes of the Schedules and Statements, the Debtors define insiders as that term is defined in Section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of Section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  Further, the Debtors reserve all rights to assert that other entities may be deemed a non-statutory insider under applicable law, specifically including, but not limited to the Employee

Retirement System of the Government of the Virgin Islands due to its $50 million equity investment in The Attilanus Fund, I, L.P.

5.  **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," (c) Schedule E/F Part 2 as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

6.  **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

7.  **Causes of Action**. Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

8.  **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.    <u>Liens</u>. Property listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

9. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

10. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

11. **Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule D**. The Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of the Employee Retirement System of the Government of the Virgin Islands listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled a Claim of the Employee Retirement System of the Government of the Virgin Islands as a secured Claim, the Debtors reserve all of their rights to dispute or challenge the secured nature of such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

## **Specific Disclosures with Respect to the Debtors' Statements**

**Statement 4**.   The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider ad does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved. Statement 4 does not include disbursements or other transfers made by Debtors to the Employee Retirement System of the Government of the Virgin Islands.  However, to the extent this entity is deemed to be a non-statutory insider under applicable law, the Debtors reserve the right to amend their Statements to identify any such disbursements or other transfers made by the Debtors to this entity within the one year before the filing of these cases.

1/28/18 3:32PM

**Fill in this information to identify the case:**

Debtor name    **Life Settlements Absolute Return I, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    17-13030 (MFW)

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................    $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................    $      28,381,681.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................    $      28,381,681.00

**Part 2:**    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................................    $      15,200,257.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................    $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$      237,639,482.00

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b      $      252,839,739.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

1/28/18 3:32PM

**Fill in this information to identify the case:**

Debtor name    Life Settlements Absolute Return I, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    17-13030 (MFW)

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, N.A. (LSAR Collection Account) | Trust Account | 0500 | $7,920,710.00 |
| 3.2. | Wells Fargo Bank, N.A. (LSAR Payment Account) | Trust | 0501 | $0.00 |
| 3.3. | Wells Fargo Bank, N.A. (LSAR Premium Reserve Account) | Trust | 0502 | $353,397.00 |
| 3.4. | Wells Fargo Bank, N.A. (LSAR Litigation Account) | Trust | 0504 | $20.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$8,274,127.00

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Life Settlements Absolute Return I, LLC** | Case number *(If known)* | 17-13030 (MFW) |
|---|---|---|---|
| | Name | | |

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1.    **See attached schedule of all pre-payments made on insurance policies**          $1,647,341.00

---

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $1,647,341.00 |
|---|---|

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      **4,000,000.00**    -    **0.00**   = ....      $4,000,000.00

                                  face amount                           doubtful or uncollectible accounts

---

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $4,000,000.00 |
|---|---|

**Part 4:**    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

1/28/18 3:32PM

| Debtor | **Life Settlements Absolute Return I, LLC** | Case number *(If known)*   17-13030 (MFW) |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<span style="background:black;color:white">**Part 9:**</span>   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<span style="background:black;color:white">**Part 10:**</span>   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<span style="background:black;color:white">**Part 11:**</span>   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Insurance Policies Owned by Debtor's wholly-owned**<br>**subsidiary, Senior LS Holdings, LLC (included here for**<br>**information only)** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Senior LS Holdings, LLC (100% ownership interest)** | **$14,460,213.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$14,460,213.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
■ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Life Settlements Absolute Return I, LLC** | Case number *(If known)* | 17-13030 (MFW) |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,274,127.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,647,341.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,000,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,460,213.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,381,681.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $28,381,681.00 |

Life Settlement Absolute Return I, LLC
Bankruptcy Filing, Schedule A/B: Assets – Real and Personal Property
December 31, 2017

Entity Legend
LASAR    Life Settlement Absolute Return I, LLC
SLSH    Senior LS Holdings, LLC

## Bankruptcy Filing, Schedule A/B:  Assets – Real and Personal Property

### Part 2:  Deposits and Prepayments

| IDX | Controlling Entity | Name of Institution | A/C Name | Type | Last-4 | Amount | Notes |
|---|---|---|---|---|---|---|---|

**Prepaid Insurance**

The Company has paid insurance premiums.  At the time of the filing, the insurance carriers had not applied the following amounts to insurance expense, but will do so over the upcoming months.

| IDX | Controlling Entity | Name of Institution | A/C Name | Type | Last-4 | Amount |
|---|---|---|---|---|---|---|
| 8.01 | LASAR | General American | Prepaid insurance for case #02 | PPD | 7876 | 29,250 |
| 8.02 | LASAR | United of Omaha | Prepaid insurance for case #07 | PPD | 4928 | 17,124 |
| 8.03 | LASAR | Lincoln Financial | Prepaid insurance for case #11 | PPD | 8137 | 153,978 |
| 8.04 | LASAR | AIG | Prepaid insurance for case #15 | PPD | 99IL | 8,015 |
| 8.05 | LASAR | Lincoln Financial | Prepaid insurance for case #16 | PPD | 7194 | 79,254 |
| 8.06 | LASAR | AIG | Prepaid insurance for case #17 | PPD | 067L | 9,160 |
| 8.07 | LASAR | AIG | Prepaid insurance for case #18 | PPD | 069L | 5,450 |
| 8.08 | LASAR | Hartford Life | Prepaid insurance for case #21 | PPD | 8921 | 7,800 |
| 8.09 | LASAR | John Hancock | Prepaid insurance for case #23 | PPD | 0057 | 14,720 |
| 8.10 | LASAR | Pioneer Mutual | Prepaid insurance for case #26 | PPD | 4830 | 6,611 |
| 8.11 | LASAR | Pacific Life | Prepaid insurance for case #33 | PPD | 8710 | 32,320 |
| 8.12 | LASAR | Lincoln Financial | Prepaid insurance for case #37 | PPD | 4680 | 7,041 |
| 8.13 | LASAR | Athene | Prepaid insurance for case #38 | PPD | 2300 | 81,865 |
| 8.14 | LASAR | MetLife | Prepaid insurance for case #39 | PPD | 3626 | 9,150 |
| 8.15 | LASAR | West Coast Life | Prepaid insurance for case #40 | PPD | 0515 | 14,268 |
| 8.16 | LASAR | Hartford Life | Prepaid insurance for case #47 | PPD | 0133 | 5,240 |
| 8.17 | LASAR | Lincoln Financial | Prepaid insurance for case #48 | PPD | 1486 | 88,128 |
| 8.18 | LASAR | Athene | Prepaid insurance for case #49 | PPD | 6429 | 5,325 |
| 8.19 | LASAR | John Hancock | Prepaid insurance for case #50 | PPD | 2598 | 33,592 |
| 8.20 | LASAR | AIG | Prepaid insurance for case #54 | PPD | 978L | 16,254 |
| 8.21 | LASAR | Hartford Life | Prepaid insurance for case #55 | PPD | 4055 | 9,009 |
| 8.22 | LASAR | Pacific Life | Prepaid insurance for case #61 | PPD | 4950 | 38,019 |
| 8.23 | LASAR | Hartford Life | Prepaid insurance for case #62 | PPD | 9637 | 16,900 |
| 8.24 | LASAR | Phoenix Life | Prepaid insurance for case #64 | PPD | 0902 | 12,934 |
| 8.25 | LASAR | John Hancock | Prepaid insurance for case #66 | PPD | 8079 | 38,040 |
| 8.26 | LASAR | John Hancock | Prepaid insurance for case #67 | PPD | 7147 | 19,040 |
| 8.27 | LASAR | John Hancock | Prepaid insurance for case #69 | PPD | 7663 | 13,860 |
| 8.28 | LASAR | John Hancock | Prepaid insurance for case #70 | PPD | 7689 | 27,596 |
| 8.29 | LASAR | John Hancock | Prepaid insurance for case #71 | PPD | 7618 | 27,600 |
| 8.30 | LASAR | Pacific Life | Prepaid insurance for case #77 | PPD | 9870 | 17,885 |
| 8.31 | LASAR | Sun Life | Prepaid insurance for case #78 | PPD | 5694 | 92,640 |
| 8.32 | LASAR | West Coast Life | Prepaid insurance for case #79 | PPD | 6298 | 11,544 |
| 8.33 | LASAR | Transamerica | Prepaid insurance for case #80 | PPD | 7794 | 21,450 |
| 8.34 | LASAR | Transamerica | Prepaid insurance for case #85 | PPD | 2743 | 215,252 |
| 8.35 | LASAR | AXA Equitable | Prepaid insurance for case #87 | PPD | 0016 | 268,600 |
| 8.36 | LASAR | Banner Life | Prepaid insurance for case #89 | PPD | 3947 | 8,600 |
| 8.37 | LASAR | Nationwide | Prepaid insurance for case #93 | PPD | 0290 | 5,100 |
| 8.38 | LASAR | Transamerica | Prepaid insurance for case #94 | PPD | 9437 | 31,227 |
| 8.39 | LASAR | Lincoln Financial | Prepaid insurance for case #95 | PPD | 9383 | 147,500 |

Total of Part 2, (line #9)     1,647,341

1/28/18 3:32PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Life Settlements Absolute Return I, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 17-13030 (MFW) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Employees Retirement System of the** | |
|---|---|---|
| | Creditor's Name | |
| | **Government of the Virgin Islands**<br>**3438 Kronprindsens Gade**<br>**GERS Complex - Ste 1**<br>**St Thomas, VI 00802** | |
| | Creditor's mailing address | |

Describe debtor's property that is subject to a lien
**Alleged interest in Insurance Policies Owned by Debtor's wholly-owned subsidiary, Senior LS Holdings, LLC (included here for information only) and Debtor's bank accounts**

**$15,200,257.00**    **$0.00**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**July 2009**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.2 | **Wells Fargo Bank, N.A.** | |
|---|---|---|
| | Creditor's Name | |
| | **c/o Corporate Trust Services**<br>**MAC: U1228-120**<br>**299 South Main Street, 12th Floor**<br>**Salt Lake City, UT 84111** | |
| | Creditor's mailing address | |

Describe debtor's property that is subject to a lien
**Bank Accounts and Insurance Policies owned by Senior LS Holdings, LLC**

**$0.00**    **$0.00**

Describe the lien
**Trust Indenture**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Creditor's email address, if known

Date debt was incurred

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1/28/18 3:32PM

| Debtor | **Life Settlements Absolute Return I, LLC** | Case number (if known) | 17-13030 (MFW) |
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $15,200,257.00 |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Austin Nibbs** P.O Box 7637 St Thomas, VI 00801 | Line 2.1 | |
| **Cathy Smith** 3438 Kronprindsens Gade Suite 1 St Thomas, VI 00802 | Line 2.1 | |
| **Christopher Winter** 222 Delaware Ave. Suite 1600 Wilmington, DE 19801 | Line 2.1 | |
| **Employees Retirement Systems of the Government of the Virgin Islands** 3005 Orange Grove Lot 5 Christiansted St. Croix, VI 00820 | Line 2.1 | |
| **Glenville Henderson** P.O. Box 305069 St Thomas, VI 00803 | Line 2.1 | |
| **Jared Roach** Reed Smith Centre 225 Fifth Avenue Pittsburgh, PA 15222 | Line 2.2 | |
| **Michael Lastowski** 222 Delaware Ave. Suite 1600 Wilmington, DE 19801 | Line 2.1 | |
| **Miles Plaskett** 200 South Biscayne Blvd Suite 3400 Miami, FL 33131 | Line 2.1 | |
| **Wells Fargo Bank, N.A.** MAC: N9311-161 6th and Marquette Minneapolis, MN 55479 | Line 2.2 | Notice Only |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

1/28/18 3:32PM

| Debtor | Life Settlements Absolute Return I, LLC | Case number (if know) | 17-13030 (MFW) |
| --- | --- | --- | --- |
| | Name | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                           Best Case Bankruptcy

1/28/18 3:32PM

**Fill in this information to identify the case:**

Debtor name    Life Settlements Absolute Return I, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    17-13030 (MFW)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507.)

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,464,400.00** |
| **Beaver County Pension Plan**<br>**800 Third Street**<br>**Beaver, PA 15009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred   __June 2008__ | Basis for the claim:   __Mezzanine Notes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,907,250.00** |
| **Eastman Retirement Assistance Plan Trust**<br>**c/o Elaine Stallworth Washington**<br>**100 N. Eastman Road**<br>**Kingsport, TN 37760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred   __June 2008__ | Basis for the claim:   __Mezzanine Notes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,367,085.00** |
| **Ensign Peak Advisors, Inc.**<br>**50 East North Temple**<br>**Fl 15**<br>**Salt Lake City, UT 84150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred   __June 2008__ | Basis for the claim:   __Preference Notes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,402,350.00** |
| **The Attilanus Fund I, LP**<br>**2131 Woodruff Road**<br>**Suite 2100-117**<br>**Greenville, SC 29607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred   __June 2008__ | Basis for the claim:   __Mezzanine Notes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       24557       Best Case Bankruptcy

1/28/18 3:32PM

| Debtor | Life Settlements Absolute Return I, LLC | Case number (if known) | 17-13030 (MFW) |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,222,499.00 |
|---|---|---|---|
| | The Attilanus Fund I, LP<br>2131 Woodruff Road<br>Suite 2100-117<br>Greenville, SC 29607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __June 2008__ | Basis for the claim:  __Residual Notes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,275,898.00 |
|---|---|---|---|
| | The Attilanus Fund I, LP<br>2131 Woodruff Road<br>Suite 2100-117<br>Greenville, SC 29607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __July 2009__ | Basis for the claim:  __Credit Facility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | The Berwyn Group<br>2 Summit Park Drive<br>Suite 610<br>Independence, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Vertical Capital Holdings, LLC<br>460 St. Michaels Dr.<br>Suite 703<br>Santa Fe, NM 87505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Adelaide Maudsley<br>Kirton McConkie Building<br>50 W. South Temple, #400<br>Salt Lake City, UT 84111 | Line __3.3__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Daniel J. DeFranceschi<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Line __3.3__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Frank R. Burnette<br>Morrison Fiduciary Advisors, Inc.<br>Institutional Investment Solutions<br>1405 McFarland Road<br>Pittsburgh, PA 15216 | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

1/28/18 3:32PM

Debtor    **Life Settlements Absolute Return I, LLC**
_____
Name

Case number (*if known*)    17-13030 (MFW)
_____

|  | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 237,639,482.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 237,639,482.00 |

1/28/18 3:32PM

**Fill in this information to identify the case:**

Debtor name          Life Settlements Absolute Return I, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)      17-13030 (MFW)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Support Services** | |
|---|---|---|---|
| | State the term remaining | | **Clear View Advisors Corporation**<br>**2131 Woodruff Road**<br>**Greenville, SC 29607** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Trust Indenture dated June 12, 2008** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank, N.A.**<br>**c/o Corporate Trust Services**<br>**MAC: U1228-120**<br>**299 South Main Street, 12th Floor**<br>**Salt Lake City, UT 84111** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Policy Adminstration Agreement, dated June 12, 2009** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank, National Association**<br>**c/o Corporate Trust Services**<br>**MAC: U1228-120**<br>**299 South Main Street, 12th Floor**<br>**Salt Lake City, UT 84111** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

1/28/18 3:32PM

---

**Fill in this information to identify the case:**

Debtor name    **Life Settlements Absolute Return I, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    17-13030 (MFW)

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

       *Column 1: Codebtor*                                              *Column 2: Creditor*

|  | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | The Attilanus Fund I, LP | 2131 Woodruff Road Suite 2100-117 Greenville, SC 29607 | Beaver County Pension Plan | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | The Attilanus Fund I, LP | 2131 Woodruff Road Suite 2100-117 Greenville, SC 29607 | Eastman Retirement Assistance Plan Trust | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | The Attilanus Fund I, LP | 2131 Woodruff Road Suite 2100-117 Greenville, SC 29607 | Employees Retirement System of the | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | The Attilanus Fund I, LP | 2131 Woodruff Road Suite 2100-117 Greenville, SC 29607 | Ensign Peak Advisors, Inc. | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                         

1/28/18 3:32PM

| Debtor | Life Settlements Absolute Return I, LLC | | Case number *(if known)* | 17-13030 (MFW) |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                      Column 2: **Creditor**

| 2.5 | The Attilanus Fund I, LP | 2131 Woodruff Road Suite 2100-117 Greenville, SC 29607 | Wells Fargo Bank, N.A. | ■ D __2.2__ □ E/F ____ □ G ____ |