IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 12, 2018 AT 10:30 A.M. (ET)[2]**

**I.   MATTER GOING FORWARD**

1. Motion of Debtors for Entry of Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Continue Paying Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Filed: 12/29/2017; D.I. 6]

   Related Documents:

   a. Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 1/05/2018; D.I. 27]

   b. Second Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 2/07/2018; D.I. 64]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 6550 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

[2] Please note that the hearing is before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than the time of the hearing.

c. Third Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 3/08/2018; D.I. 78]

d. Fourth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 4/09/2018; D.I. 99]

e. Fifth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 5/14/2018; D.I. 117]

f. Sixth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 6/20/2018; D.I. 142]

g. Seventh Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 7/25/2018; D.I. 157]

h. Eighth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 8/28/2018; D.I. 178]

i. Ninth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 9/26/2018; D.I. 201]

j. Tenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 11/1/2018; D.I. 216]

Response Deadline:   December 5, 2018 at 4:00 p.m. (ET) (informally extended as to Ensign Peak Advisors, Inc. ("**Ensign Peak**").

Responses Received:

a. Informal Comments from Ensign Peak.

Status: The Debtors anticipate filing an eleventh interim cash collateral order under Certificate of Counsel prior to the hearing.

## II. FEE APPLICATION MATTERS GOING FORWARD

2. Third Interim Fee Application Hearing.[3]

    Related Documents:

    a. See Exhibit A

    b. Certification of Counsel Regarding Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Date Filed: 12/7/2018 D.I. 237]

    Response Deadline: December 4, 2018, 2018 at 4:00 p.m. (EDT)

    Responses Received: None.

    Status: Per the Court's instruction, counsel for the Debtors submitted an omnibus form of order regarding the interim fee applications under certification of counsel. No hearing is necessary unless otherwise preferred by the Court.

[*Signature page to follow*]

---

[3] Fee binder was delivered to chambers on December 5, 2018.

| | |
|---|---|
| Dated: December 10, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: emiller@bayardlaw.com<br>         gflasser@bayardlaw.com<br><br>- and - |
| B. Keith Poston *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>1320 Main Street<br>Columbia, SC 29201<br>Phone: (803) 255-9518<br>Facsimile: (803) 255-9038<br>E-Mail: keith.poston@nelsonmullins.com | Shane G. Ramsey *(admitted pro hac vice)*<br>John T. Baxter *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN  37219<br>Phone:  (615) 664-5355<br>Facsimile: (615) 664-5399<br>E-Mail:  shane.ramsey@nelsonmullins.com<br>         john.baxter@nelsonmullins.com<br><br>*Counsel to the Debtors and Debtors in Possession* |