**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:    Life Settlements Absolute Return I, LLC          **Cases No. 17-13030 (MFW) & 17-13031 (MFW)**
Senior LS Holdings, LLC

**MONTHLY OPERATING REPORT – NOV 30, 2018**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|---|
| | | LASAR | SLSH | | |
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | X | | |
| Copies of bank statements | | NA | NA | | |
| Cash disbursements journals | | NA | NA | | |
| Statement of Operations | MOR-2 | X | X | | |
| Balance Sheet | MOR-3 | X | X | | |
| Status of Postpetition Taxes | MOR-4 | NA | NA | | |
| Copies of IRS Form 6123 or payment receipt | | NA | NA | | |
| Copies of tax returns filed during reporting period | | NA | NA | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | NA | | |
| Listing of aged accounts payable | MOR-4 | NA | NA | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | NA | | |
| Debtor Questionnaire | MOR-5 | X | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the
attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                      Date


_____          _____
Signature of Joint Debtor                              Date

Signature of Authorized Individual*:

_____          December 19, 2018
Robert J. Davey, III                                      Date
Secretary / Treasurer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re:   Life Settlements Absolute Return I, LLC ("LSAR")      **Cases No. 17-13030 (MFW) & 17-13031 (MFW)**
Senior LS Holdings, LLC                                        Reporting Period:  November 30, 2018

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bayard, P.A. | | 27,721 | LSAR | Wire | 11/13/18 | 27,721 | | 211,736 | |
| 2. Moore Colson | | 0 | LSAR | | | | | 117,961 | |
| 3. Nelson Mullins | | 0 | LSAR | | | | | 626,222 | |
| 4. ReedSmith | | 0 | LSAR | | | | | 57,678 | |
| 5. Morris James, LLP | | 0 | LSAR | | | | | 6,490 | |
| 6. Fox Rothschild | | 0 | LSAR | | | | | 10,570 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Life Settlements Absolute Return I, LLC (BK #17-13030)                    (MFW)
Senior LS Holdings, LLC (BK #17-13031)                    (MFW)
Bank Accounts
November 30, 2018

## ALL BANK ACCOUNTS AND DISBURSEMENT SUMMARY

| Entity | Case # | Bank | A/C # | Title | Description | Code | DEC 2017 | Q1 2018 | Q2 2018 | Q3 2018 | OCT 2018 | NOV 2018 |
|--------|--------|------|-------|-------|-------------|------|----------|---------|---------|---------|----------|----------|
| | | | | | | | **PERIOD-END BOOK BALANCES** | | | | | |

### ALL BANK ACCOUNTS

| | | | | | | | | | | | | |
|--------|--------|------|-------|-------|-------------|------|----------|---------|---------|---------|----------|----------|
| LASAR BK #17-13030 (MFW) | | Wells Fargo Bank, N.A. | ****0000 | LASAR Collection Account | Collection account for benefit and other receipts. | COL | 7,920,710.09 | 10,799,249.22 | 9,306,963.01 | 7,052,682.40 | 6,987,832.39 | 5,436,205.21 |
| LASAR BK #17-13030 (MFW) | | Wells Fargo Bank, N.A. | ****0000 | LASAR Payment Account | Payment account for the payment of expenses. | PAY | 12,500.00 | 0.00 | 3.61 | 0.00 | 281.20 | 281.37 |
| LASAR BK #17-13030 (MFW) | | Wells Fargo Bank, N.A. | ****0000 | LASAR Premium Reserve Account | Reserve account for the future premium payments | RES | 353,397.49 | 338,870.47 | 339,879.06 | 341,111.12 | 341,545.61 | 342,038.55 |
| LASAR BK #17-13030 (MFW) | | Wilmington Savings Fund Society, FSB | ****16-4 | LASAR-GERS Escrow Account | Funds held in trust until the resolution of the GERS matter | LGE | - | - | 207,419.00 | 207,419.00 | 207,419.00 | 207,419.00 |
| SLSH BK #17-13031 (MFW) | | Wilmington Savings Fund Society, FSB | ****0000 | WSFS Wealth, Christiana Trust | Escrow account for policy sales | ESC | 9,667.45 | 9,821.60 | 7,351.32 | 7,379.35 | 7,389.03 | 7,399.32 |
| | | | | | | | 8,296,275.03 | 11,147,941.29 | 9,861,616.00 | 7,608,591.87 | 7,544,467.23 | 5,993,343.45 |

| Entity | Case # | | | | | | Q1 2018 | Q2 2018 | Q3 2018 | OCT 2018 | NOV 2018 | TOTAL |
|--------|--------|--|--|--|--|--|---------|---------|---------|----------|----------|-------|

### DISBURSEMENT SUMMARY

FOR THE CALCULATION OF FEES DUE TO THE OFFICE OF THE US TRUSTEE

| Entity | Case # | | | | | | Q1 2018 | Q2 2018 | Q3 2018 | OCT 2018 | NOV 2018 | TOTAL |
|--------|--------|--|--|--|--|--|---------|---------|---------|----------|----------|-------|
| Life Settlements Absolute Return I, LLC | BK #17-13030 (MFW) | | | | | | 1,646,528.00 | 1,521,794.00 | 2,286,442.00 | 571,830.00 | 1,561,764.00 | 7,588,358.00 |
| Senior LS Holdings, LLC | BK #17-13031 (MFW) | | | | | | 140.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 2,640.00 |

Life Settlements Absolute Return I, LLC (BK #17-13030)    (MFW)
Senior LS Holdings, LLC (BK #17-13031)    (MFW)
Schedule of Cash Receipts and Disbursements
November 30, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Total | Current Month LASAR | SLSH | DEC 2017 LASAR | SLSH | Q1 2018 LASAR | SLSH | Q2 2018 LASAR | SLSH | Q3 2018 LASAR | SLSH | OCT 2018 LASAR | SLSH | Total LASAR | SLSH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash beginning of month | 7,544,467.23 | 7,537,078.20 | 7,389.03 | | | | | | | | | | | | |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | | | | | | | | | | |
| Transfers – OUT | (1,561,764.00) | (1,561,764.00) | 0.00 | | | (1,618,780.53) | 0.00 | (1,521,794.00) | 0.00 | (2,286,438.39) | 0.00 | (74,250.00) | 0.00 | (7,063,006.92) | 0.00 |
| Transfers – IN | 1,561,764.00 | 1,561,764.00 | 0.00 | | | 1,618,780.53 | 0.00 | 1,521,794.00 | 0.00 | 2,286,438.39 | 0.00 | 572,110.00 | 0.00 | 7,560,886.92 | 0.00 |
| Net inter-account transfers (non-disbursements) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497,880.00 | 0.00 | 497,880.00 | 0.00 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Interest earned | 10,640.22 | 10,629.93 | 10.29 | | | 16,168.10 | 293.21 | 30,499.57 | 29.72 | 33,389.84 | 27.73 | 9,815.68 | 9.98 | 100,503.12 | 370.93 |
| Returned funds | 0.00 | 0.00 | 0.00 | | | | | 207,439.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207,439.42 | 0.00 |
| Benefit proceeds | 0.00 | 0.00 | 0.00 | | | 4,460,589.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,460,589.01 | 0.00 |
| Total receipts | 10,640.22 | 10,629.93 | 10.29 | 0.00 | 0.00 | 4,476,757.11 | 293.21 | 237,938.99 | 29.72 | 33,389.84 | 27.73 | 9,815.68 | 9.98 | 4,768,531.55 | 370.93 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Administrative | | | | | | | | | | | | | | | |
| Consultants | 29,866.00 | 29,866.00 | | | | 27,500.00 | | 22,500.00 | | 22,500.00 | | 7,500.00 | | 109,866.00 | |
| US Trustee | 0.00 | 0.00 | | | | 650.00 | | 19,877.00 | | 12,456.00 | | 0.00 | | 32,983.00 | |
| Wells Fargo trust fees | 5,000.00 | 5,000.00 | | | | 15,000.00 | | 15,000.00 | | 15,000.00 | | 5,045.00 | | 55,045.00 | |
| AFM equity rep fee | 9,500.00 | 9,500.00 | | | | 38,000.00 | | 28,500.00 | | 28,500.00 | | 9,500.00 | | 114,000.00 | |
| AFM out-of-pocket expenses | 33,572.00 | 33,572.00 | | | | 28,934.00 | | 52,758.00 | | 55,374.00 | | 14,631.00 | | 185,269.00 | |
| Bayard, P.A. | 27,721.00 | 27,721.00 | | | | 22,807.00 | | 62,553.00 | | 81,358.00 | | 17,297.00 | | 211,736.00 | |
| Christiana Trust fee | | 0.00 | 0.00 | | | | 140.00 | 6,000.00 | 2,500.00 | 0.00 | | 0.00 | | 6,000.00 | 2,640.00 |
| Delaware Secretary of State | | 0.00 | | | | | | 900.00 | | 0.00 | | 0.00 | | 900.00 | |
| Fox Rothschild | | 0.00 | | | | | | | | 10,570.00 | | 0.00 | | 10,570.00 | |
| GERS interest payment | | 0.00 | | | | 207,419.00 | | 0.00 | | 0.00 | | 0.00 | | 207,419.00 | |
| Moore Colson | 0.00 | 0.00 | | | | | | 29,220.00 | | 68,764.00 | | 19,977.00 | | 117,961.00 | |
| Morris James, LLP | 0.00 | 0.00 | | | | | | | | 3,245.00 | | 0.00 | | 3,245.00 | |
| Nelson Mullins | | 0.00 | | | | 298,199.00 | | 95,395.00 | | 232,628.00 | | 0.00 | | 626,222.00 | |
| ReedSmith | 0.00 | 0.00 | | | | | | 26,399.00 | | 31,279.00 | | 0.00 | | 57,678.00 | |
| The Berwyn Group | | 0.00 | | | | | | | | 375.00 | | 0.00 | | 375.00 | |
| Vertical Capital Holdings, LLC | 2,010.00 | 2,010.00 | | | | | | 84,094.00 | | 78,113.00 | | 0.00 | | 164,217.00 | |
| Premium payments | 1,454,095.00 | 1,454,095.00 | | | | 1,008,019.00 | | 1,078,598.00 | | 1,646,280.00 | | 497,880.00 | | 5,684,872.00 | |
| Total disbursements | 1,561,764.00 | 1,561,764.00 | 0.00 | 0.00 | 0.00 | 1,646,528.00 | 140.00 | 1,521,794.00 | 2,500.00 | 2,286,442.00 | 0.00 | 571,830.00 | 0.00 | 7,588,358.00 | 2,640.00 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (1,551,123.78) | (1,551,134.07) | 10.29 | 0.00 | 0.00 | 2,830,229.11 | 153.21 | (1,283,855.01) | (2,470.28) | (2,253,052.16) | 27.73 | (64,134.32) | 9.98 | (2,321,946.45) | (2,269.07) |
| Cash – end of period | 5,993,343.45 | 5,985,944.13 | 7,399.32 | | | | | | | | | | | | |
| Reconciled at period end? | | | | | | | | | | | | | | | |

Life Settlements Absolute Return I, LLC (BK #17-13030)                                                    (MFW)
Senior LS Holdings, LLC (BK #17-13031)                                                                        (MFW)
Schedule of Cash Receipts and Disbursements
November 30, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |
|---|---|---|---|---|---|---|
|  | Bank Accounts | | | | | |
|  | COL | PAY | RES | LGE | ESC | Total |
| Cash beginning of month | 6,987,832.39 | 281.20 | 341,545.61 | 207,419.00 | 7,389.03 | 7,544,467.23 |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | |
| Transfers – OUT | (1,561,764.00) | | | | | (1,561,764.00) |
| Transfers – IN | | 107,669.00 | 1,454,095.00 | | | 1,561,764.00 |
| Net inter-account transfers (non-disbursements) | (1,561,764.00) | 107,669.00 | 1,454,095.00 | 0.00 | 0.00 | 0.00 |
| **RECEIPTS** | | | | | | |
| Interest earned | 10,136.82 | 0.17 | 492.94 | | 10.29 | 10,640.22 |
| Returned funds | | | | | | 0.00 |
| Benefit proceeds | | | | | | |
| Total receipts | 10,136.82 | 0.17 | 492.94 | 0.00 | 10.29 | 10,640.22 |
| **DISBURSEMENTS** | | | | | | |
| Administrative | | | | | | |
| Consultants | | 29,866.00 | | | | 29,866.00 |
| US Trustee | | | | | | 0.00 |
| Wells Fargo trust fees | | 5,000.00 | | | | 5,000.00 |
| AFM equity rep fee | | 9,500.00 | | | | 9,500.00 |
| AFM out-of-pocket expenses | | 33,572.00 | | | | 33,572.00 |
| Bayard, P.A. | | 27,721.00 | | | | 27,721.00 |
| Christiana Trust fee | | | | | | |
| Delaware Secretary of State | | | | | | |
| Fox Rothschild | | | | | | |
| GERS interest payment | | | | | | |
| Moore Colson | | | | | | 0.00 |
| Morris James, LLP | | | | | | 0.00 |
| Nelson Mullins | | | | | | |
| ReedSmith | | | | | | 0.00 |
| The Berwyn Group | | | | | | |
| Vertical Capital Holdings, LLC | | 2,010.00 | | | | 2,010.00 |
| Premium payments | | | 1,454,095.00 | | | 1,454,095.00 |
| Total disbursements | 0.00 | 107,669.00 | 1,454,095.00 | 0.00 | 0.00 | 1,561,764.00 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (1,551,627.18) | 0.17 | 492.94 | 0.00 | 10.29 | (1,551,123.78) |
| Cash – end of period | 5,436,205.21 | 281.37 | 342,038.55 | 207,419.00 | 7,399.32 | 5,993,343.45 |
| Reconciled at period end? | YES | YES | YES | YES | YES | |

Life Settlements Absolute Return I, LLC (BK #17-13030)     (MFW)
Senior LS Holdings, LLC (BK #17-13031)     (MFW)
US Trustee Billing
November 30, 2018

PLEASE NOTE, DEBTORS' NEW MAILING ADDRESS:

6650 RIVERS AVENUE
SUITE 105 #83921
NORTH CHARLESTON, SC 29406-4829

## US TRUSTEE BILLING

| | Debtor Calculation | | | | US Trustee Account | | | |
| Period Ended | Disbursements | Fee | Payments | Balance | Billing | Receipts | Balance | Δ |
|---|---|---|---|---|---|---|---|---|
| **LASAR (BK #17-13030) – A/C #111-17-13030** | | | | | | | | |
| 12/31/2017 | 0 | 325 | | 325 | 325 | | 325 | 0 |
| 03/31/2018 | 1,646,528 | 16,465 | 325 | 16,465 | | 325 | 0 | 16,465 |
| 04/30/2018 | | | | 16,465 | 19,552 | | 19,552 | (3,087) |
| 05/10/2018 | | | 19,552 | (3,087) | | 19,552 | 0 | (3,087) |
| 06/30/2018 | 1,521,794 | 15,218 | | 12,131 | | | 0 | 12,131 |
| 07/05/2018 | | | | 12,131 | 16,960 | | 16,960 | (4,829) |
| 08/01/2018 | | | | 12,131 | 25,001 | | 41,961 | (29,830) |
| 08/08/2018 | | | | 12,131 | 10 | | 41,971 | (29,840) |
| 08/18/2018 | | | 12,131 | 0 | | | 41,971 | (41,971) |
| 09/30/2018 | 2,286,442 | 22,864 | | 22,864 | | | 41,971 | (19,107) |
| 11/30/2018 | 2,133,594 | 21,336 | | 44,200 | | | 41,971 | 2,229 |
| 12/18/2018 | | | 22,864 | 21,336 | | | 41,971 | (20,635) |
| | | | | | | | | |
| **SLSH (BK #17-13031) – A/C #111-17-13031** | | | | | | | | |
| 12/31/2017 | 0 | 325 | | 325 | 325 | | 325 | 0 |
| 03/31/2018 | 140 | 325 | 325 | 325 | | 325 | 0 | 325 |
| 04/30/2018 | | | | 325 | 325 | | 325 | 0 |
| 05/10/2018 | | | 325 | 0 | | 325 | 0 | 0 |
| 06/30/2018 | 2,500 | 325 | | 325 | | | 0 | 325 |
| 08/18/2018 | | | 325 | 0 | | | 0 | 0 |
| 09/30/2018 | 0 | 325 | | 325 | | | 0 | 325 |
| 11/30/2018 | 0 | | | 325 | | | 0 | 325 |
| 12/18/2018 | | | 325 | 0 | | | 0 | 0 |

Life Settlements Absolute Return I, LLC (BK #17-13030)
Balance Sheet (LSAR)
November 30, 2018

# BALANCE SHEET (LSAR)

$$$ Omitted

| ASSETS | |
|---|---:|
| Cash and cash equivalents | 0 |
| Restricted cash – premium reserve account | 5,985,944 |
| Investment in SLSH | 44,244,395 |
| | |
| Prepaid premium expense | 2,935,766 |
| Accounts receivable – life insurance proceeds | 0 |
| Debt issuance costs, net | 107,439 |
| Other assets | 9,987 |
| | |
| | 53,283,531 |

| LIABILITIES AND PARTNERSHIP CAPITAL | |
|---|---:|
| LIABILITIES | |
| Accrued liabilities | |
| Credit facility | 10,000,000 |
| Credit facility – intercompany | 7,275,898 |
| Accrued interest – credit facility | 5,200,257 |
| Accrued interest – preference and mezzanine notes | 56,091,436 |
| Preference notes payable | 39,992,924 |
| Mezzanine notes payable | 24,000,000 |
| Other liabilities | 0 |
| | |
| Total liabilities | 142,560,515 |
| | |
| PARTNERSHIP CAPITAL | (89,276,984) |
| | |
| Total liabilities and partnership capital | 53,283,531 |

NOTE:    All liabilities are pre-petition, except "Other liabilities" which is made
         up of post-petition activity.

Life Settlements Absolute Return I, LLC (BK #17-13030)
Statement of Operations (LSAR)
 for the eleven months ended November 30, 2018

## Statement of Operations (LSAR)

$$$ Omitted

| | Q1 | Q2 | Q3 | OCT | NOV | Total |
|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | |
| Interest income | 130,481 | 30,520 | 33,390 | 9,815 | 10,630 | 214,836 |
| Total revenues | 130,481 | 10,946 | 33,390 | 9,815 | 10,630 | 214,836 |
| **EXPENSES** | | | | | | |
| Changes in investments in senior life settlement policies | 847,410 | 1,097,511 | 1,098,133 | 335,893 | 337,903 | 3,716,850 |
| Bank charges | 15,000 | 22,379 | 15,001 | 5,045 | 5,000 | 62,425 |
| Professional fees | 371,343 | 310,953 | 515,405 | 54,273 | 67,087 | 1,319,061 |
| General and administrative expenses | 36,901 | 15,754 | 25,760 | 215 | 214 | 78,844 |
| Other expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Total expenses | 1,270,654 | 1,446,597 | 1,654,299 | 395,426 | 410,204 | 5,177,180 |
| Net loss | (1,140,173) | (422,054) | (1,620,909) | (385,611) | (399,574) | (4,962,344) |

| **PARTNERSHIP CAPITAL** | |
|---|---|
| Balance, beginning of period | (84,061,785) |
| Net loss, current period | (4,962,344) |
| Adjustment for Greenwich Actuarial payment 12/15/2017 | (12,500) |
| Final calculations, allocations, and adjustments for 2017 general ledger: | |
| Completion of Q4 2017 GPO allocation | (38,975) |
| Finalized intercompany reconciliation | (3,032) |
| Amortization of capitalized debt issuance costs for 2017 | (198,348) |
| Balance, end of period | (89,276,984) |

Senior LS Holdings, LLC (BK #17-13031)
Balance Sheet (SLSH)
November 30, 2018

# BALANCE SHEET (SLSH)

$$$ Omitted

## ASSETS

| | |
|---|---:|
| Restricted cash – policy sale escrow account | 7,399 |
| Investments in senior life settlement policies at fair value, net of reserve for lapsed policies of $ 1,718,850 | 13,281,150 |
| | 13,288,549 |

## LIABILITIES AND PARTNERSHIP CAPITAL

| | |
|---|---:|
| LIABILITIES | |
| Accrued liabilities | |
| Credit facility | 0 |
| Intercompany investment accounts | |
|   Attilanus | 43,741,646 |
|   Life Settlement Absolute Return I, LLC | 42,443,474 |
|     Total liabilities | 86,185,120 |
| PARTNERSHIP CAPITAL | (72,896,571) |
|     Total liabilities and partnership capital | 13,288,549 |

NOTE:     All liabilities are pre-petition.

Senior LS Holdings, LLC (BK #17-13031)
Statement of Operations (SLSH)
  for the eleven months ended November 30, 2018

# STATEMENT OF OPERATIONS (SLSH)

| $$$ Omitted | Q1 | Q2 | Q3 | OCT | NOV | Total |
|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | |
| Interest income | 295 | 29 | 28 | 10 | 10 | 372 |
| Total revenues | 295 | 29 | 28 | 10 | 10 | 372 |
| **EXPENSES** | | | | | | |
| Changes in investments in senior life settlement policies | 140 | 2,500 | 0 | 0 | 0 | 2,640 |
| Professional fees | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Other expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Total expenses | 140 | 2,500 | 0 | 0 | 0 | 2,640 |
| Net income / (loss) | 155 | (2,471) | 28 | 10 | 10 | (2,268) |

| **PARTNERSHIP CAPITAL** | |
|---|---|
| Balance, beginning of period | (72,894,303) |
| Net loss, current period | (2,268) |
| Balance, end of period | (72,896,571) |

In re:   Life Settlements Absolute Return I, LLC
        Senior LS Holdings, LLC

**Cases No. 17-13030 (MFW) & 17-13031 (MFW)**

**11/30/2018**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 325,000 |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | 325,000 |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | 325,000 |
| Total Accounts Receivable | 325,000 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | 325,000 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | NA | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

NOTE
#3 – No Federal or State tax returns are due at this time.
    All debtors are "pass-through" entities for tax purposes with no resulting tax liability.