**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br>(Jointly Administered)<br><br>**Related D.I.:** 265 |

**NOTICE OF SUBSTITUTION OF STALKING HORSE, REVISED BID PROCEDURES, AND REVISED ORDERS RELATED TO SAME**

**PLEASE TAKE NOTICE** that, on December 29, 2017, Life Settlements Absolute Return I, LLC ("**LSAR**") and Senior LS Holdings, LLC ("**Senior LS**," and collectively with LSAR, the "**Debtors**"), commenced cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, on January 29, 2019, the Debtors filed their *Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 and Bankruptcy Rules 2002, 6004 and 6006 for (I) Entry of an Order (A) Establishing Bid and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (E) Granting Related Relief; and (II)*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 6550 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

*Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* (the "**Sale Motion**") [D.I. 265], which seeks, *inter alia*, to establish certain Bidding Procedures related to the sale proposed in the Sale Motion and identifies BPCP Life Settlement LLC as the initial proposed purchaser of the Debtors' assets (the "**BPCP**").

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the Sale Motion, the Debtors were approached by another proposed purchaser, The Settlement Group, Inc. ("**TSG**") regarding an offer to act as replacement stalking horse purchaser for the Debtors' assets (the "**TSG Offer**"). After negotiations among the parties, the Debtors have determined that the TSG Offer is significantly more beneficial to the Debtors' estates and, as such, executing a purchase agreement with TSG is in the best interests of the Debtors' estates. Accordingly, the Debtors executed a revised asset purchase agreement (the "**TSG APA**") with TSG on February 14, 2019. The TSG APA is attached hereto as **Exhibit A**. A blackline showing changes between the TSG APA and the APA filed with the Sale Motion is attached hereto as **Exhibit B**. The Debtors intend to move forward with the hearing currently set on **February 19, 2019** utilizing TSG as the replacement Stalking Horse Purchaser, as that term is defined in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received comments to the form of order and schedules to the Sale Motion from various parties. A revised *Order Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 And 507 and Bankruptcy Rules 2002, 6004 and 6006 for (A) Establishing Bid and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C)*

*Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (E) Granting Related Relief* (the "**Revised Bid Procedures Order**"), together with all schedules attached thereto, is attached hereto as **Exhibit C.** A blackline showing changes made to the versions of the Bid Procedures Order and all schedules filed with the Sale Motion is attached hereto as **Exhibit D**.

| | |
|---|---|
| Dated: February 14, 2019<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Sophie E. Macon (No. 6562)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: emiller@bayardlaw.com<br>         smacon@bayardlaw.com<br>- and - |
| B. Keith Poston *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY & SCARBOROUGH LLP<br>1320 Main Street<br>Columbia, SC 29201<br>Phone: (803) 255-9518<br>Facsimile: (803) 255-9038<br>E-Mail: keith.poston@nelsonmullins.com | Shane G. Ramsey *(admitted pro hac vice)*<br>John T. Baxter *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY & SCARBOROUGH LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN 37219<br>Phone: (615) 664-5355<br>Facsimile: (615) 664-5399<br>E-Mail: shane.ramsey@nelsonmullins.com<br>         john.baxter@nelsonmullins.com<br><br>*Counsel to the Debtors and Debtors in Possession* |