# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1] | Case No. 17-13030 (MFW) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2019 AT 10:30 A.M. (ET)[2]

### I. MATTER GOING FORWARD

1. Motion of Debtors for Entry of Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Continue Paying Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Filed: 12/29/2017; D.I. 6]

   Related Documents:

   a. Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 1/05/2018; D.I. 27]

   b. Second Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 2/07/2018; D.I. 64]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 6550 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

[2] Please note that the hearing is before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than the time of the hearing.

c. Third Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 3/08/2018; D.I. 78]

d. Fourth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 4/09/2018; D.I. 99]

e. Fifth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 5/14/2018; D.I. 117]

f. Sixth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 6/20/2018; D.I. 142]

g. Seventh Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 7/25/2018; D.I. 157]

h. Eighth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 8/28/2018; D.I. 178]

i. Ninth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 9/26/2018; D.I. 201]

j. Tenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 11/1/2018; D.I. 216]

k. Eleventh Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 12/12/2018; D.I. 243]

    l. Twelfth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 1/14/2019; D.I. 253]

    m. Thirteenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 2/19/2019; D.I. 300]

Response Deadline:  March 18, 2019 at 4:00 p.m. (ET)

Responses Received:

    a. No filed responses.  Informal responses from (i) Wells Fargo Bank, National Association, in its capacity as indenture trustee under that certain indenture dated as of June 12, 2008; and (ii) Ensign Peak Advisors, Inc.

Status:    The Debtors anticipate filing a fourteenth interim cash collateral order under Certification of Counsel prior to hearing.

## II.    FEE APPLICATION MATTERS GOING FORWARD

2. Fourth Interim Fee Application Hearing.[3]

Related Documents:

    a. See Exhibit A

    b. Certification of Counsel Regarding Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses [Date Filed: 3/20/2019; D.I. 322]

Response Deadline:  March 6, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:    Per the Court's instruction, counsel for the Debtors submitted an omnibus form of order regarding the interim fee applications under certification of counsel.  No hearing is necessary unless otherwise preferred by the Court.

---

[3] Fee binder was delivered to chambers on March 18, 2019.

| | |
|---|---|
| Dated:  March 21, 2019<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Sophie E. Macon (No. 6562)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  emiller@bayardlaw.com<br>           gflasser@bayardlaw.com<br><br>- and - |
| B. Keith Poston *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>1320 Main Street<br>Columbia, SC 29201<br>Phone: (803) 255-9518<br>Facsimile: (803) 255-9038<br>E-Mail: keith.poston@nelsonmullins.com | Shane G. Ramsey *(admitted pro hac vice)*<br>John T. Baxter *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN  37219<br>Phone: (615) 664-5355<br>Facsimile: (615) 664-5399<br>E-Mail:  shane.ramsey@nelsonmullins.com<br>            john.baxter@nelsonmullins.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT A

# FEE APPLICATIONS GOING FORWARD

1.   Notice of Fourth Interim Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 Through December 31, 2018 [Filing Date: 2/14/2019; D.I. 283]

   Related Documents:

   a.   Tenth Monthly Fee Application of Bayard P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 Through October 31, 2018 [Filing Date: 11/15/2018; D.I. 228]

      i.   Certificate of No Objection Regarding Tenth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 Through October 31, 2018 [Filing Date: 12/6/2018; D.I. 234]

   b.   Eleventh Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2018 Through November 30, 2018 [Filing Date: 12/17/2018; D.I. 245]

      i.   Certificate of No Objection Regarding Eleventh Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2018 Through November 30, 2018 [Filing Date: 1/18/2019; D.I. 259]

   c.   Twelfth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2018 Through December 31, 2018 [Filing Date: 1/15/2019; D.I. 256]

      i.   Certificate of No Objection Regarding Twelfth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2018 Through December 31, 2018 [Filing Date: 2/5/2019; D.I. 270]

2. Notice of Fourth Interim Fee Application of Nelson Mullins Riley & Scarborough LLP [Filing Date: 2/14/2019; D.I. 284]

Related Documents:

a. Tenth Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the Debtors and Debtors in Possession for the Period from October 1, 2018 Through and Including October 31, 2018 [Filing Date: 11/15/2018; D.I. 229]

   i. Certificate of No Objection Regarding Tenth Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the Debtors and Debtors in Possession for the Period from October 1, 2018 Through and Including October 31, 2018 [Filing Date: 12/6/2018; D.I. 235]

b. Eleventh Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the Debtors and Debtors in Possession for the Period from November 1, 2018 Through and Including November 30, 2018 [Filing Date: 12/17/2018; D.I. 246]

   i. Certificate of No Objection Regarding Eleventh Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the Debtors and Debtors in Possession for the Period from November 1, 2018 Through and Including November 30, 2018 [Filing Date: 1/18/2019; D.I. 260]

c. Twelfth Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the Debtors and Debtors in Possession for the Period from December 1, 2018 Through and Including December 31, 2018 [Filing Date: 1/15/2019; D.I. 257]

   i. Certificate of No Objection Regarding Twelfth Monthly Application of Nelson Mullins Riley & Scarborough LLP for Allowance of Compensation for Services Rendered as Bankruptcy Counsel and General Corporate Counsel for the

>    Debtors and Debtors in Possession for the Period from December 1, 2018 Through and Including December 31, 2018 [Filing Date: 2/5/2019; D.I. 271]

3. Notice of Fourth Interim Fee Application of Moore Colson & Company, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Debtors and Debtors in Possession for the Period October 1, 2018 Through December 31, 2018 [Filing Date: 2/14/2019; D.I. 285]

   Related Documents:

   a. Ninth Monthly Application of Moore Colson & Company P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from October 1, 2018 Through and Including October 31, 2018 [Filing Date: 11/15/2018; D.I. 230]

      i. Certificate of No Objection Regarding Ninth Monthly Application of Moore Colson & Company, P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from October 1, 2018 Through and Including October 31, 2018 [Filing Date: 12/6/2018; D.I. 236]

   b. Tenth Monthly Application of Moore Colson & Company P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from November 1, 2018 Through and Including November 30, 2018 [Filing Date: 12/17/2018; D.I. 247]

      i. Certificate of No Objection Regarding Tenth Monthly Application of Moore Colson & Company, P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from November 1, 2018 Through and Including November 30, 2018 [Filing Date: 1/18/2019; D.I. 261]

   c. Eleventh Monthly Application of Moore Colson & Company, P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from December 1, 2018 Through and Including December 31, 2018 [Filing Date: 1/15/2019; D.I. 258]

      i.      Certificate of No Objection Regarding Eleventh Monthly Application of Moore Colson & Company, P.C. for Allowance of Compensation for Services Rendered as Financial Advisors for the Debtors and Debtors in Possession for the Period from December 1, 2018 Through and Including December 31, 2018 [Filing Date: 2/5/2019; D.I. 272]