**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON APRIL 9, 2019 AT 2:00 P.M. (ET)[2]**

I. **MATTER GOING FORWARD**

1. Motion for an Order Authorizing Debtors and/or The Settlement Group, Inc. to Provide Documentation Requested by Potential Bidder in Connection with the Sale of Substantially All of the Debtors' Assets and the Bidding Procedures Related Thereto [Date Filed: 4/5/2019; D.I. 333]

   Related Documents:

   a. Motion to Shorten Notice and Objection Periods Regarding Debtors' Motion for Order Authorizing Debtors and/or The Settlement Group, Inc. to Provide Documentation Requested by Potential Bidder in Connection with the Sale [Date Filed: 4/5/2019; D.I. 334]

   b. Order Shortening Notice and Objection Periods Regarding Debtors' Motion for Order Authorizing Debtors and/or The Settlement Group, Inc. to Provide Documentation Requested by Potential Bidder in Connection with the Sale [Date Entered: 4/8/2019; D.I. 335]

   c. Notice of Hearing [Date Filed: 4/8/2019; D.I. 336]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 6550 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

[2] Please note that the hearing is before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than the time of the hearing.

Response Deadline: Prior to the Hearing

Responses Received:

a. No filed responses. Informal responses from (i) the Office of the United States Trustee; (ii) The Settlement Group, Inc.; and (iii) the Requesting Bidder.

Status:    This matter is going forward.

Dated: April 8, 2019
Wilmington, Delaware

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Sophie E. Macon (No. 6562)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: emiller@bayardlaw.com
      smacon@bayardlaw.com

- and -

B. Keith Poston *(admitted pro hac vice)*
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
1320 Main Street
Columbia, SC 29201
Phone: (803) 255-9518
Facsimile: (803) 255-9038
E-Mail: keith.poston@nelsonmullins.com

Shane G. Ramsey *(admitted pro hac vice)*
John T. Baxter *(admitted pro hac vice)*
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5355
Facsimile: (615) 664-5399
E-Mail: shane.ramsey@nelsonmullins.com
      john.baxter@nelsonmullins.com

*Counsel to the Debtors and Debtors in Possession*