## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE<br>RETURN I, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br>(Jointly Administered)<br><br>**Related D.I.:** 265, 281, 311, 313, 355 |

## SECOND NOTICE OF ADJOURNED AUCTION

PLEASE TAKE NOTICE that on April 17, 2019, in accordance with the Bid Procedures Order entered on February 26, 2019 at D.I. 311,[2] the above-captioned debtors ("**Debtors**") held an auction (the "**Auction**") at the offices of Nelson Mullins Riley & Scarborough, LLP, 104 South Main Street, Suite 900, Greenville, SC 29601;

PLEASE TAKE FURTHER NOTICE that on April 17, 2019, for the reasons set forth on the record at the Auction, the Debtors adjourned the Auction until Monday, April 22, 2019 at 10:00 a.m. (prevailing Eastern Time) (the "**Adjourned Auction**");

PLEASE TAKE FURTHER NOTICE that on April 22, 2019, the Debtors held the Adjourned Auction telephonically and, for the reasons set forth on the record at the Adjourned Auction, the Debtors further adjourned the Auction until **Tuesday, April 23, 2019 at 3:00 p.m. (prevailing Eastern Time)** (the "**Further Adjourned Auction**");

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731). The mailing address for the Debtors, solely for purposes of notices and communications, is: 6650 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

[2] The Debtors noticed the Auction (as defined below) at D.I. 313 (the "**Original Notice**").

{BAY:03490780v2}

PLEASE TAKE FURTHER NOTICE that the Further Adjourned Auction will be held telephonically, and all parties wishing to attend may do so by dialing **+1–866–899–4679, Access Code 356404349#**;

PLEASE TAKE FURTHER NOTICE that except where such terms conflict with the foregoing, all other dates, deadlines, and instructions in the Original Notice remain in effect, as attached here as **Exhibit A**.

| | |
|---|---|
| Dated: April 23, 2019<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Sophie Macon (No. 6562)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: emiller@bayardlaw.com<br>         smacon@bayardlaw.com<br><br>- and - |
| B. Keith Poston *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>1320 Main Street<br>Columbia, SC 29201<br>Phone: (803) 255-9518<br>Facsimile: (803) 255-9038<br>E-Mail: keith.poston@nelsonmullins.com | Shane G. Ramsey *(admitted pro hac vice)*<br>John T. Baxter *(admitted pro hac vice)*<br>NELSON, MULLINS, RILEY &<br>SCARBOROUGH LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN 37219<br>Phone: (615) 664-5355<br>Facsimile: (615) 664-5399<br>E-Mail: shane.ramsey@nelsonmullins.com<br>         john.baxter@nelsonmullins.com<br><br>*Counsel to the Debtors and Debtors in Possession* |