**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>LIFE SETTLEMENTS ABSOLUTE RETURN I, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-13030 (MFW)<br>(Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 1, 2019 AT 2:00 P.M. (ET)**[3]

I.  **MATTERS GOING FORWARD**

1. Motion of Debtors for Entry of Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Continue Paying Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Filed: 12/29/2017; D.I. 6]

    Related Documents:

    a. Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 1/05/2018; D.I. 27]

    b. Second Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 2/07/2018; D.I. 64]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Life Settlements Absolute Return I, LLC (7992) and Senior LS Holdings, LLC (5731).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 6550 Rivers Avenue, Suite 105 #81921, North Charleston, SC 29406-4829, with copies to Nelson Mullins Riley & Scarborough, LLP, c/o Shane G. Ramsey, 150 Fourth Avenue North, Suite 1100, Nashville, TN 37219 and Bayard, P.A., c/o Evan T. Miller, 600 N. King Street, Suite 400, Wilmington, DE 19801.

[2] **Amended items appear in bold.**

[3] Please note that the hearing is before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than the time of the hearing.

c. Third Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 3/08/2018; D.I. 78]

d. Fourth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 4/09/2018; D.I. 99]

e. Fifth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 5/14/2018; D.I. 117]

f. Sixth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 6/20/2018; D.I. 142]

g. Seventh Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 7/25/2018; D.I. 157]

h. Eighth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 8/28/2018; D.I. 178]

i. Ninth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 9/26/2018; D.I. 201]

j. Tenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 11/1/2018; D.I. 216]

k. Eleventh Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 12/12/2018; D.I. 243]

    l. Twelfth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 1/14/2019; D.I. 253]

    m. Thirteenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 2/19/2019; D.I. 300]

    n. Fourteenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 3/22/2019; D.I. 327]

    o. **Fifteenth Interim Order (I) Authorizing the Debtors' Use of Cash Collateral, (II) Authorizing Debtors to Pay Insurance Premiums and to Satisfy Certain Obligations in Respect of the Insurance Policies, and (III) Scheduling a Final Hearing [Date Entered: 4/30/2019; D.I. 383]**

Response Deadline:  April 23, 2019 at 4:00 p.m. (ET)

Responses Received:

    a. No filed responses.  Informal responses from (i) Wells Fargo Bank, National Association, in its capacity as indenture trustee under that certain indenture dated as of June 12, 2008; (ii) the Office of the United States Trustee; (iii) Ensign Peak Advisors, Inc.; and (iv) the Employees' Retirement System of the Government of the Virgin Islands.

Status:  **An Order [D.I. 383] has been entered regarding this matter.**

2. Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 and Bankruptcy Rules 2002, 6004 and 6006 for (I) Entry of an Order (A) Establishing Bid and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (E) Granting Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases  [Date Filed: 1/29/2019; D.I. 265]

Related Documents:

a. Order Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 and Fed. R. Bankr. P. 2002, 6004 and 6006 (A) Establishing Bid and Auction Procedures for the Proposed Sale of Substantially All of the Debtors' Assets; (B) Approving the Purchase and Sale Agreement; (C) Approving Related Bid Protections; (D) Scheduling an Auction and a Sale Hearing and Approving Notice Thereof; (E) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned and Notice Thereof; and (F) Granting Related Relief [Date Entered: 2/26/2019; D.I. 311]

b. Notice of Auction and Sale Hearing [Date Filed: 2/27/2019; D.I. 313]

c. Affidavit of Service of (i) Bid Procedures Order and (ii) Notice of Auction and Sale Hearing [Date Filed: 2/27/2019; D.I. 314]

d. Notice of Adjourned Auction [Dated Filed: 4/18/2019; D.I. 355]

e. Affidavit of Service of Notice of Adjourned Auction [Date Filed: 4/22/2019; D.I. 361]

f. Second Notice of Adjourned Auction [Dated Filed: 4/23/19; D.I. 362]

g. Third Notice of Adjourned Auction [Date Filed: 4/24/2019; D.I. 365]

h. Fourth Notice of Adjourned Auction [Date Filed: 4/26/2019; D.I. 366]

i. Affidavit of Service of Second Notice of Adjourned Auction [D.I. 362], Third Notice of Adjourned Auction [D.I. 365], and Fourth Notice of Adjourned Auction [D.I. 366] [Dated Filed 4/26/2019; D.I. 367]

j. Notice of Winning Bidder [Date Filed: 4/26/2019; D.I. 370]

k. Notice of Filing of Auction Transcripts [Date Filed: 4/29/2019; D.I. 378]

l. Debtors' Omnibus Response to Objections and In Support of Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests [Date Filed: 4/29/2019; D.I. 380]

    m.  **Declaration of Robert J. Davey, III in Support of Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 and Bankruptcy Rules 2002, 6004 and 6006 for (I) Entry of an Order (A) Establishing Bid and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (E) Granting Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Date Filed: 4/30/2019; D.I. 384]**

    n.  Notice of Filing of Revised Proposed Sale Order [Date Filed: **4/30/2019**; D.I. **386**]

    o.  Notice of Filing of Executed Asset Purchase Agreement [Date Filed: TBD; D.I. __]

    p.  Affidavit of Publication of Notice of Auction and Sale Hearing [Date Filed: TBD; D.I. __]

<u>Response Deadline</u>:   April 23, 2019 at 4:00 p.m. (ET).  Extended to April 29, 2019 at 9:00 a.m. (ET) for all parties.

<u>Responses Received</u>:

    a.  The Settlement Group, Inc.'s Objection to Sale of Substantially All of Debtors' Assets to Ensign Peak Advisors, Inc. and Memorandum of Law in Support [Date Filed: 4/28/2019; D.I. 373]

    b.  Response of Wells Fargo Bank, N.A.'s in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 and Bankruptcy Rules 2002, 6004 and 6006 for (I) Entry of an Order (A) Establishing Bid and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (E) Granting Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Date Filed: 4/29/2019; D.I. 374]

    c. BPCP Life Settlement LLC's (A) Objection to Sale of Substantially All of Debtors' Assets to Ensign Peak Advisors, Inc. and (B) Joinder to The Settlement Group, Inc.'s Objection to Sale of Substantially All of the Debtors' Assets to Ensign Peak Advisors, Inc. and Memorandum in Support [Date Filed: 4/29/2019; D.I. 375]

Status:   This matter is going forward.

3. BPCP Life Settlement LLC's Notice Seeking Payment of Break-Up Fee and Expense Reimbursement and Payment from Sale Proceeds [Date Filed: 4/18/2019; D.I. 356]

   Related Documents:

    a. None.

   Response Deadline:   April 28, 2019 at 4:00 p.m. (ET).  Extended to April 29, 2019 at 11:00 a.m. (ET) for all parties.

   Responses Received:

    a. Wells Fargo Bank, N.A.'s Omnibus Response to (I) Amended Motion of The Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) and (II) BPCP Life Settlement LLC's Notice Seeking Payment of Break-Up Fee and Expense Reimbursement and Payment from Sale Proceeds [Date Filed: 4/28/2019; D.I. 371]

    b. Joinder of the Debtors in Wells Fargo Bank, N.A.'s Objection to (i) Break-Up Fee and Expense Reimbursement Requests and (II) Motion of The Settlement Group, Inc. to Surcharge Collateral [Date Filed: 4/28/2019; D.I. 372]

    c. Ensign Peak Advisors, Inc.'s (I) Objection to Requests for Payment of Break-Up Fees and Expenses Reimbursements Filed by The Settlement Group, Inc. and BPCP Life Settlement LLC and (II) Joinder to the Other Objections Thereto [Date Filed: 4/29/2019; D.I. 377]

    d. **Joinder of the Debtors in Ensign Peak Advisors, Inc.'s Objection to Requests for Payment of Break-Up Fees and Expenses Reimbursements Filed by The Settlement Group, Inc. and BPCP Life Settlement LLC [Date Filed: 4/30/2019; D.I. 385]**

Status:   This matter is going forward.

4. Amended Motion of The Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) [Date Filed: 4/19/2019; D.I. 359]

    Related Documents:

    a. Notice of Amounts of Break-Up Fee and Expense Reimbursement of The Settlement Group, Inc. [Date Filed: 4/18/2019; D.I. 357]

    b. Motion to Shorten Notice and Schedule an Expedited Hearing Regarding Amended Motion of The Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) [Date Filed: 4/19/2019; D.I. 360]

    c. Order Granting Motion to Shorten Notice and Schedule an Expedited Hearing Regarding Amended Motion of The Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) [Date Entered: 4/23/2019; D.I. 363]

    d. Notice of Hearing Regarding Amended Motion of the Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) [Date Filed: 4/23/2019; D.I. 364]

    Response Deadline:   April 28, 2019 at 4:00 p.m. (ET).  Extended to April 29, 2019 at 11:00 a.m. (ET) for all parties.

    Responses Received:

    a. Wells Fargo Bank, N.A.'s Omnibus Response to (I) Amended Motion of The Settlement Group, Inc. for Entry of an Order Authorizing the Surcharge of Secured Creditor's Collateral (Proceeds of Sale of Debtors' Assets) and (II) BPCP Life Settlement LLC's Notice Seeking Payment of Break-Up Fee and Expense Reimbursement and Payment from Sale Proceeds [Date Filed: 4/28/2019; D.I. 371]

    b. Joinder of the Debtors in Wells Fargo Bank, N.A.'s Objection to (i) Break-Up Fee and Expense Reimbursement Requests and (II) Motion of The Settlement Group, Inc. to Surcharge Collateral [Date Filed: 4/28/2019; D.I. 372]

    c. Ensign Peak Advisors, Inc.'s (I) Objection to Requests for Payment of Break-Up Fees and Expenses Reimbursements Filed by The Settlement Group, Inc. and BPCP Life Settlement LLC and (II) Joinder to the Other Objections Thereto [Date Filed: 4/29/2019; D.I. 377]

    d. **Joinder of the Debtors in Ensign Peak Advisors, Inc.'s Objection to Requests for Payment of Break-Up Fees and Expenses Reimbursements Filed by The Settlement Group, Inc. and BPCP Life Settlement LLC [Date Filed: 4/30/2019; D.I. 385]**

    <u>Status</u>:    This matter is going forward.

Dated: April **30**, 2019
Wilmington, Delaware

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Sophie E. Macon (No. 6562)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: emiller@bayardlaw.com
        smacon@bayardlaw.com

- and -

B. Keith Poston *(admitted pro hac vice)*
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
1320 Main Street
Columbia, SC 29201
Phone: (803) 255-9518
Facsimile: (803) 255-9038
E-Mail: keith.poston@nelsonmullins.com

Shane G. Ramsey *(admitted pro hac vice)*
John T. Baxter *(admitted pro hac vice)*
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5355
Facsimile: (615) 664-5399
E-Mail: shane.ramsey@nelsonmullins.com
        john.baxter@nelsonmullins.com

*Counsel to the Debtors and Debtors in Possession*