**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  Life Settlements Absolute Return I, LLC         Cases No. 17-13030 (MFW) & 17-13031 (MFW)
        Senior LS Holdings, LLC

**MONTHLY OPERATING REPORT – MAR 31, 2019**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached LASAR | Document Attached SLSH | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | X | X | | |
|     Copies of bank statements | | NA | NA | | |
|     Cash disbursements journals | | NA | NA | | |
| Statement of Operations | MOR-2 | X | X | | |
| Balance Sheet | MOR-3 | X | X | | |
| Status of Postpetition Taxes | MOR-4 | NA | NA | | |
|   Copies of IRS Form 6123 or payment receipt | | NA | NA | | |
|   Copies of tax returns filed during reporting period | | NA | NA | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | NA | | |
|   Listing of aged accounts payable | MOR-4 | NA | NA | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | NA | | |
| Debtor Questionnaire | MOR-5 | X | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                          Date

_____          _____
Signature of Joint Debtor                                   Date

Signature of Authorized Individual*:

_[signature]_                                                    June 26, 2019
Robert J. Davey, III                                           Date
Secretary / Treasurer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: Life Settlements Absolute Return I, LLC ("LSAR")  
Senior LS Holdings, LLC

Cases No. 17-13030 (MFW) & 17-13031 (MFW)  
Reporting Period: March 31, 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees (see note) | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bayard, P.A. |  | 24,376 | LSAR | WIRE | 03/15/19 | 24,376 |  | 290,877 |  |
| 2. Moore Colson |  | 0 | LSAR |  |  |  |  | 133,624 |  |
| 3. Nelson Mullins |  | 0 | LSAR |  |  |  |  | 626,222 |  |
| 4. ReedSmith |  | 0 | LSAR | WIRE | 03/15/19 |  |  | 113,580 |  |
| 5. Morris James, LLP |  | 5,669 | LSAR |  |  | 5,669 |  | 12,159 |  |
| 6. Miller Coffey |  | 0 | LSAR |  |  |  |  | 10,000 |  |
| 7. Fox Rothschild |  | 0 | LSAR |  |  |  |  | 10,570 |  |

Note: "Year-To-Date" amounts are cumulative since the initial petition date and include activity for 2018 and 2019.

FORM MOR-1b  
(04/07)

Life Settlements Absolute Return I, LLC (BK #17-13030)　　(MFW)
Senior LS Holdings, LLC (BK #17-13031)　　(MFW)
Bank Accounts
March 31, 2019

## All Bank Accounts and Disbursement Summary

| | | | | | | | PERIOD-END BOOK BALANCES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entity | Case # | Bank | A/C # | Title | Description | Code | DEC 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | JAN 2019 | FEB 2019 | MAR 2019 |

### All Bank Accounts

| Entity | Case # | Bank | A/C # | Title | Description | Code | DEC 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | JAN 2019 | FEB 2019 | MAR 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0500 | LASAR Collection Account | Collection account for benefit and other receipts. | COL | 7,920,710.09 | 10,799,249.22 | 9,306,963.01 | 7,052,682.40 | 5,261,693.32 | 4,910,283.51 | 3,324,284.54 | 3,252,356.83 |
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0501 | LASAR Payment Account | Payment account for the payment of expenses. | PAY | 12,500.00 | 0.00 | 3.61 | 0.00 | 282.90 | 0.00 | 0.25 | 5,000.25 |
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0502 | LASAR Premium Reserve Account | Reserve account for the future premium payments | RES | 353,397.49 | 338,870.47 | 339,879.06 | 341,111.12 | 342,604.36 | 343,233.17 | 343,896.79 | 344,494.83 |
| LASAR | BK #17-13030 (MFW) | USBank | 2503**** | LASAR-GERS Escrow Account | Funds held in trust until the resolution of the GERS matter | LGE | - | - | 207,419.00 | 207,419.00 | 207,419.00 | 207,419.00 | 207,399.00 | 207,430.43 |
| SLSH | BK #17-13031 (MFW) | Wilmington Savings Fund Society, FSB | ****0000 | WSFS Wealth, Christiana Trust | Escrow account for policy sales | ESC | 9,667.45 | 9,821.60 | 7,351.32 | 7,379.35 | 7,410.25 | 7,422.00 | 7,434.75 | 7,446.55 |
| | | | | | | | 8,296,275.03 | 11,147,941.29 | 9,861,616.00 | 7,608,591.87 | 5,819,409.83 | 5,468,357.68 | 3,883,015.33 | 3,816,728.89 |

### Disbursement Summary
For the Calculation of Fees Due to the Office of the US Trustee

| Entity | Case # | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | JAN 2019 | FEB 2019 | MAR 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Life Settlements Absolute Return I, LLC | BK #17-13030 (MFW) | 1,646,528.00 | 1,521,794.00 | 2,286,442.00 | 1,820,216.00 | 361,520.00 | 1,595,831.00 | 73,995.00 | 9,306,326.00 |
| Senior LS Holdings, LLC | BK #17-13031 (MFW) | 140.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,640.00 |

Life Settlements Absolute Return I, LLC (BK #17-13030)   (MFW)
Senior LS Holdings, LLC (BK #17-13031)   (MFW)
Schedule of Cash Receipts and Disbursements
March 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Total | Current Month LASAR | SLSH | DEC 2017 LASAR | SLSH | Q1 2018 LASAR | SLSH | Q2 2018 LASAR | SLSH | Q3 2018 LASAR | SLSH | Q4 2018 LASAR | SLSH | JAN 2019 LASAR | SLSH | FEB 2019 LASAR | SLSH | Total LASAR | SLSH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash beginning of month | 3,883,015.33 | 3,875,580.58 | 7,434.75 | | | | | | | | | | | | | | | | |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | | | | | | | | | | | | | | |
| Transfers – OUT | (78,995.00) | (78,995.00) | 0.00 | | | (1,618,780.53) | 0.00 | (1,521,794.00) | 0.00 | (2,286,438.39) | 0.00 | (1,820,496.00) | 0.00 | (361,236.58) | 0.00 | (1,595,811.00) | 0.00 | (8,922,314.92) | 0.00 |
| Transfers – IN | 78,995.00 | 78,995.00 | 0.00 | | | 1,618,780.53 | 0.00 | 1,521,794.00 | 0.00 | 2,286,438.39 | 0.00 | 1,820,496.00 | 0.00 | 361,236.58 | 0.00 | 1,595,811.00 | 0.00 | 8,922,314.92 | 0.00 |
| Net inter-account transfers (non-disbursements) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | |
| Interest earned | 7,708.56 | 7,696.76 | 11.80 | | | 16,168.10 | 293.21 | 30,499.57 | 29.72 | 33,389.84 | 27.73 | 31,003.06 | 31.20 | 10,456.10 | 11.75 | 10,475.90 | 12.75 | 129,233.23 | 406.41 |
| Returned funds | 0.00 | 0.00 | 0.00 | | | | | 207,439.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 | 207,439.42 | 0.00 |
| Benefit proceeds | | 0.00 | 0.00 | | | 4,460,589.01 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 | 4,460,589.01 | 0.00 |
| Total receipts | 7,708.56 | 7,696.76 | 11.80 | 0.00 | 0.00 | 4,476,757.11 | 293.21 | 237,938.99 | 29.72 | 33,389.84 | 27.73 | 31,003.06 | 31.20 | 10,456.10 | 11.75 | 10,475.90 | 12.75 | 4,797,261.66 | 406.41 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | x | | |
| Administrative | | | | | | | | | | | | | | | | | | | |
| Consultants | 7,500.00 | 7,500.00 | | | | 27,500.00 | | 22,500.00 | | 22,500.00 | | 44,866.00 | | 7,500.00 | | 7,500.00 | | 132,366.00 | |
| US Trustee | 0.00 | 0.00 | | | | 650.00 | | 19,877.00 | | 12,456.00 | | 23,189.00 | | 16,682.00 | | 1,845.00 | | 58,017.00 | |
| Wells Fargo trust fees | 0.00 | 0.00 | | | | 15,000.00 | | 15,000.00 | | 15,000.00 | | 15,045.00 | | 5,000.00 | | 5,000.00 | | 65,045.00 | |
| AFM equity rep fee | 9,500.00 | 9,500.00 | | | | 38,000.00 | | 28,500.00 | | 28,500.00 | | 28,500.00 | | 9,500.00 | | 9,500.00 | | 142,500.00 | |
| AFM out-of-pocket expenses | 17,785.00 | 17,785.00 | | | | 28,934.00 | | 52,758.00 | | 55,374.00 | | 65,815.00 | | 17,517.00 | | 27,077.00 | | 247,743.00 | |
| Bayard, P.A. | | 24,376.00 | | | | 22,807.00 | | 62,553.00 | | 81,358.00 | | 86,348.00 | | 0.00 | | 13,435.00 | | 290,877.00 | |
| Christiana Trust fee | | 0.00 | 0.00 | | | | 140.00 | 6,000.00 | 2,500.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | 20.00 | 0.00 | 6,020.00 | 2,640.00 |
| Delaware Secretary of State | | 0.00 | | | | | | 900.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 900.00 | |
| Fox Rothschild | | 0.00 | | | | | | | | 10,570.00 | | 0.00 | | 0.00 | | 0.00 | | 10,570.00 | |
| GERS interest payment | | 0.00 | | | | 207,419.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 207,419.00 | |
| Miller Coffey | | 0.00 | | | | | | | | | | 10,000.00 | | 0.00 | | 0.00 | | 10,000.00 | |
| Moore Colson | 5,669.00 | 5,669.00 | | | | | | 29,220.00 | | 68,764.00 | | 35,640.00 | | 4,199.00 | | 0.00 | | 139,293.00 | |
| Morris James, LLP | | 0.00 | | | | | | | | 3,245.00 | | 0.00 | | 0.00 | | 0.00 | | 3,245.00 | |
| Nelson Mullins | 0.00 | 0.00 | | | | 298,199.00 | | 95,395.00 | | 232,628.00 | | 0.00 | | 301,122.00 | | 0.00 | | 626,222.00 | |
| ReedSmith | | 0.00 | | | | | | 26,399.00 | | 31,279.00 | | 0.00 | | 0.00 | | 55,902.00 | | 113,580.00 | |
| The Berwyn Group | | 0.00 | | | | | | | | 375.00 | | 0.00 | | 0.00 | | 0.00 | | 375.00 | |
| Vertical Capital Holdings, LLC | | 9,165.00 | | | | | | 84,094.00 | | 78,113.00 | | 2,010.00 | | 0.00 | | 133,877.00 | | 307,259.00 | |
| Premium payments | 0.00 | 0.00 | | | | 1,008,019.00 | | 1,078,598.00 | | 1,646,280.00 | | 1,508,803.00 | | 0.00 | | 1,341,675.00 | | 6,583,375.00 | |
| Total disbursements | 40,454.00 | 73,995.00 | 0.00 | 0.00 | 0.00 | 1,646,528.00 | 140.00 | 1,521,794.00 | 2,500.00 | 2,286,442.00 | 0.00 | 1,820,216.00 | 0.00 | 361,520.00 | 0.00 | 1,595,831.00 | 0.00 | 8,944,806.00 | 2,640.00 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (66,286.44) | (66,298.24) | 11.80 | 0.00 | 0.00 | 2,830,229.11 | 153.21 | (1,283,855.01) | (2,470.28) | (2,253,052.16) | 27.73 | (1,789,212.94) | 31.20 | (351,063.90) | 11.75 | (1,585,355.10) | 12.75 | (4,147,544.34) | (2,233.59) |
| Cash – end of period | 3,816,728.89 | 3,809,282.34 | 7,446.55 | | | | | | | | | | | | | | | | |

Life Settlements Absolute Return I, LLC (BK #17-13030) (MFW)
Senior LS Holdings, LLC (BK #17-13031) (MFW)
Schedule of Cash Receipts and Disbursements
March 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

|  | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 |  |
|---|---|---|---|---|---|---|
|  | \multicolumn{5}{c}{Bank Accounts} |  |
|  | COL | PAY | RES | LGE | ESC | Total |
| Cash beginning of month | 3,324,284.54 | 0.25 | 343,896.79 | 207,399.00 | 7,434.75 | 3,883,015.33 |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | |
| Transfers – OUT | (78,995.00) | | | | | (78,995.00) |
| Transfers – IN | | 78,995.00 | 0.00 | | | 78,995.00 |
| Net inter-account transfers (non-disbursements) | (78,995.00) | 78,995.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **RECEIPTS** | | | | | | |
| Interest earned | 7,067.29 | 0.00 | 598.04 | 31.43 | 11.80 | 7,708.56 |
| Returned funds | | | | | | 0.00 |
| Benefit proceeds | | | | | | |
| Total receipts | 7,067.29 | 0.00 | 598.04 | 31.43 | 11.80 | 7,708.56 |
| **DISBURSEMENTS** | | | | | | |
| Administrative | | | | | | |
| Consultants | | 7,500.00 | | | | 7,500.00 |
| US Trustee | | | | | | 0.00 |
| Wells Fargo trust fees | | | | | | 0.00 |
| AFM equity rep fee | | 9,500.00 | | | | 9,500.00 |
| AFM out-of-pocket expenses | | 17,785.00 | | | | 17,785.00 |
| Bayard, P.A. | | 24,376.00 | | | | |
| Christiana Trust fee | | | | | | |
| Delaware Secretary of State | | | | | | |
| Fox Rothschild | | | | | | |
| GERS interest payment | | | | | | |
| Miller Coffey | | | | | | |
| Moore Colson | | 5,669.00 | | | | 5,669.00 |
| Morris James, LLP | | | | | | |
| Nelson Mullins | | | | | | 0.00 |
| ReedSmith | | | | | | |
| The Berwyn Group | | | | | | |
| Vertical Capital Holdings, LLC | | 9,165.00 | | | | |
| Premium payments | | | | 0.00 | | 0.00 |
| Total disbursements | 0.00 | 73,995.00 | 0.00 | 0.00 | 0.00 | 40,454.00 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (71,927.71) | 5,000.00 | 598.04 | 31.43 | 11.80 | (66,286.44) |
| Cash – end of period | 3,252,356.83 | 5,000.25 | 344,494.83 | 207,430.43 | 7,446.55 | 3,816,728.89 |
| Reconciled at period end? | YES | YES | YES | YES | YES | |

Life Settlements Absolute Return I, LLC (BK #17-13030) (MFW)  
Senior LS Holdings, LLC (BK #17-13031) (MFW)  
US Trustee Billing  
March 31, 2019

*PLEASE NOTE, DEBTORS' NEW MAILING ADDRESS:*  
6650 RIVERS AVENUE  
SUITE 105 #81921  
NORTH CHARLESTON, SC 29406-4829

## US TRUSTEE BILLING

| Period Ended | Debtor Calculation | | | | US Trustee Account | | | Δ |
|---|---|---|---|---|---|---|---|---|
| | Disbursements | Fee | Payments | Balance | Billing | Receipts | Balance | |

**LASAR (BK #17-13030) – A/C #111-17-13030**

| Period Ended | Disbursements | Fee | Payments | Balance | Billing | Receipts | Balance | Δ |
|---|---|---|---|---|---|---|---|---|
| 12/31/2017 | 0 | 325 | | 325 | 325 | | 325 | 0 |
| 03/31/2018 | 1,646,528 | 16,465 | 325 | 16,465 | | 325 | 0 | 16,465 |
| 04/30/2018 | | | | 16,465 | 19,552 | | 19,552 | (3,087) |
| 05/10/2018 | | | 19,552 | (3,087) | | 19,552 | 0 | (3,087) |
| 06/30/2018 | 1,521,794 | 15,218 | | 12,131 | | | 0 | 12,131 |
| 07/05/2018 | | | | 12,131 | 16,960 | | 16,960 | (4,829) |
| 08/01/2018 | | | | 12,131 | 25,001 | | 41,961 | (29,830) |
| 08/08/2018 | | | | 12,131 | 10 | | 41,971 | (29,840) |
| 08/18/2018 | | | 12,131 | 0 | | | 41,971 | (41,971) |
| 09/30/2018 | 2,286,442 | 22,864 | | 22,864 | | | 41,971 | (19,107) |
| 12/07/2018 | | | | 22,864 | | 19,422 | 22,549 | 315 |
| 12/18/2018 | | | 22,864 | 0 | | | 22,549 | (22,549) |
| 12/27/2018 | | | | 0 | | 23,179 | (630) | 630 |
| 12/27/2018 | | | | 0 | | 10 | (640) | 640 |
| 12/31/2018 | 1,820,216 | 18,202 | | 18,202 | | | (640) | 18,842 |
| 01/15/2019 | | | | 18,202 | 17,155 | | 16,515 | 1,687 |
| 01/18/2019 | | | 16,682 | 1,520 | | | 16,515 | (14,995) |
| 01/23/2019 | | | | 1,520 | | 16,357 | 158 | 1,362 |
| 01/31/2019 | | | | 1,520 | | | 158 | 1,362 |
| 02/01/2019 | | | | 1,520 | 6,026 | | 6,184 | (4,664) |
| 02/07/2019 | | | | 1,520 | 34 | | 6,218 | (4,698) |
| 02/15/2019 | | | 1,520 | 0 | | | 6,218 | (6,218) |
| 02/26/2019 | | | | 0 | | 1,855 | 4,363 | (4,363) |
| 03/31/2019 | 2,031,346 | 20,313 | 1,520 | 18,793 | | | 4,363 | 14,430 |

Life Settlements Absolute Return I, LLC (BK #17-13030)
Balance Sheet (LSAR)
March 31, 2019

# BALANCE SHEET (LSAR)

$$$ Omitted

| ASSETS | |
|---|---:|
| Cash and cash equivalents | 0 |
| Restricted cash – premium reserve account | 3,804,282 |
| Investment in SLSH | 44,244,395 |
| Prepaid premium expense | 2,359,800 |
| Accounts receivable – life insurance proceeds | 325,000 |
| Debt issuance costs, net | 0 |
| Other assets | 0 |
| | 50,733,477 |

| LIABILITIES AND PARTNERSHIP CAPITAL | |
|---|---:|
| **LIABILITIES** | |
| Accrued liabilities | |
| Credit facility | 10,000,000 |
| Credit facility – intercompany | 7,275,898 |
| Accrued interest – credit facility | 5,200,257 |
| Accrued interest – preference and mezzanine notes | 56,091,436 |
| Preference notes payable | 39,992,924 |
| Mezzanine notes payable | 24,000,000 |
| [F1] Residual notes payable | 110,222,499 |
| Other liabilities | 20,267 |
| Total liabilities | 252,803,281 |
| PARTNERSHIP CAPITAL | (202,069,804) |
| Total liabilities and partnership capital | 50,733,477 |

NOTES:

[F1] The Residual Notes are part of the same Trust Indenture dated June 12, 2008, as referenced in the Declaration of Robert J. Davey, III in Support of Chapter 11 Petitions and First Day Motions [D.I. 7] (the "First Day Declaration"), which likewise discusses the Residual Notes themselves. See First Day Declaration, pp. 7-9. As with the Preference and Mezzanine Notes, the Residual Notes are classified as Schedule E/F claims in the Debtors' Schedule of Assets and Liabilities for the Debtors at D.I. 43.

[F2] All liabilities are pre-petition, except "Other liabilities" which is made up of post-petition activity.

Life Settlements Absolute Return I, LLC (BK #17-13030)
Statement of Operations (LSAR)
 for the three months ended March 31, 2019

## STATEMENT OF OPERATIONS (LSAR)

| $$$ Omitted | 2018 | | | | 2019 | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | JAN | FEB | MAR | YTD | |
| **REVENUES** | | | | | | | | | |
| Interest income | 130,481 | 30,520 | 33,390 | 31,003 | 10,457 | 10,475 | 7,697 | 28,629 | 235,869 |
| Total revenues | 130,481 | 10,946 | 33,390 | 31,003 | 10,457 | 10,475 | 7,697 | 28,629 | 235,869 |
| **EXPENSES** | | | | | | | | | |
| Changes in investments in senior life settlement policies | 847,410 | 1,097,511 | 1,098,133 | 1,009,689 | 391,427 | 609,103 | 400,402 | 1,400,932 | 4,052,743 |
| Bank charges | 15,000 | 22,379 | 15,001 | 15,099 | 5,000 | 5,020 | 5,046 | 15,066 | 67,479 |
| Professional fees | 371,343 | 310,953 | 515,405 | 265,636 | 339,003 | 88,182 | 76,079 | 503,264 | 1,463,337 |
| General and administrative expenses | 36,901 | 15,754 | 25,760 | 23,840 | 214 | 215 | 20,114 | 20,543 | 102,255 |
| Other expenses | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 0 | 64 |
| Total expenses | 1,270,654 | 1,446,597 | 1,654,299 | 1,314,328 | 735,644 | 702,520 | 501,641 | 1,939,805 | 5,685,878 |
| Net loss | (1,140,173) | (422,054) | (1,620,909) | (1,283,325) | (725,187) | (692,045) | (493,944) | (1,911,176) | (5,450,009) |

**PARTNERSHIP CAPITAL**

| | | |
|---|---:|---:|
| Balance, beginning of period, 12/31/2018 | | (199,997,623) |
| Adjustment for prepaid premium at 12/31/2018 | (378,566) | |
| Adjustment for benefit receivable at 12/31/2018 | 325,000 | |
| Adjustment for 2018 amortization expense at 12/31/2018 | (107,439) | (161,005) |
| Adjusted balance, beginning of period 01/01/2019 | | (200,158,628) |
| Net loss, current period | | (1,911,176) |
| Balance, end of period | | (202,069,804) |

Senior LS Holdings, LLC (BK #17-13031)
Balance Sheet (SLSH)
March 31, 2019

# Balance Sheet (SLSH)

$$$ Omitted

| | |
|---|---:|
| **ASSETS** | |
| Restricted cash – policy sale escrow account | 7,446 |
| Investments in senior life settlement policies at fair value, net of reserve for lapsed policies of $ 1,718,850 | 5,600,000 |
| | 5,607,446 |
| **LIABILITIES AND PARTNERSHIP CAPITAL** | |
| LIABILITIES | |
| Accrued liabilities | |
| Credit facility | 0 |
| Intercompany investment accounts | |
|   Attilanus | 43,741,646 |
|   Life Settlement Absolute Return I, LLC | 42,443,474 |
|   Total liabilities | 86,185,120 |
| PARTNERSHIP CAPITAL | (80,577,674) |
|   Total liabilities and partnership capital | 5,607,446 |

NOTE:   All liabilities are pre-petition.

Senior LS Holdings, LLC (BK #17-13031)
Statement of Operations (SLSH)
for the three months ended March 31, 2019

## STATEMENT OF OPERATIONS (SLSH)

| $$$ Omitted | 2018 | | | | 2019 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | JAN | FEB | MAR | YTD | Total |
| **REVENUES** | | | | | | | | | |
| Interest income | 295 | 29 | 28 | 31 | 12 | 13 | 11 | 36 | 408 |
| Total revenues | 295 | 29 | 28 | 31 | 12 | 13 | 11 | 36 | 408 |
| **EXPENSES** | | | | | | | | | |
| Changes in investments in senior life settlement policies | 140 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,640 |
| Professional fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total expenses | 140 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,640 |
| Net income / (loss) | 155 | (2,471) | 28 | 31 | 12 | 13 | 11 | 36 | (2,232) |

**PARTNERSHIP CAPITAL**

| | |
| --- | --- |
| Balance, December 31, 2018 | (72,896,560) |
| Inventory adjustment made subsequent to 2018 reporting | (7,681,150) |
| Balance, December 31, 2018, final | (80,577,710) |
| Net income, current period | 36 |
| Balance, end of period | (80,577,674) |

In re:   Life Settlements Absolute Return I, LLC       Cases No. 17-13030 (MFW) & 17-13031 (MFW)
         Senior LS Holdings, LLC

**03/31/2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 325,000 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 325,000 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | 325,000 |
| Total Accounts Receivable | 325,000 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | 325,000 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | NA | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

NOTE
#3 – No Federal or State tax returns are due at this time.
       All debtors are "pass-through" entities for tax purposes with no resulting tax liability.

#5 – The GERS-Escrow account was transferred from Christiana Trust to US Bank, 02/26/2019.
       The account number is 250311000.