**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  Life Settlements Absolute Return I, LLC          Cases No. 17-13030 (MFW) & 17-13031 (MFW)
        Senior LS Holdings, LLC

**MONTHLY OPERATING REPORT – MAY 31, 2019**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached LASAR | Document Attached SLSH | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | X | X | | |
|   Copies of bank statements | | NA | NA | | |
|   Cash disbursements journals | | NA | NA | | |
| Statement of Operations | MOR-2 | X | X | | |
| Balance Sheet | MOR-3 | X | X | | |
| Status of Postpetition Taxes | MOR-4 | NA | NA | | |
|   Copies of IRS Form 6123 or payment receipt | | NA | NA | | |
|   Copies of tax returns filed during reporting period | | NA | NA | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | NA | | |
|   Listing of aged accounts payable | MOR-4 | NA | NA | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | NA | | |
| Debtor Questionnaire | MOR-5 | X | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  _____
Signature of Debtor                              Date


_____  _____
Signature of Joint Debtor                        Date

Signature of Authorized Individual*:

*[signature]*                                    July 1, 2019
Robert J. Davey, III                             Date
Secretary / Treasurer


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Life Settlements Absolute Return I, LLC ("LSAR")  
Senior LS Holdings, LLC

Cases No. 17-13030 (MFW) & 17-13031 (MFW)  
Reporting Period: May 31, 2019

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees (see note) | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bayard, P.A. | | 63,731 | LSAR | WIRE | 05/08/19 | 63,731 | | 399,720 | |
| 2. Moore Colson | | | LSAR | | | | | 143,400 | |
| 3. Nelson Mullins | | | LSAR | | | | | 883,276 | |
| 4. ReedSmith | | | LSAR | | | | | 209,411 | |
| 5. Morris James, LLP | | | LSAR | | | | | 12,159 | |
| 6. Miller Coffey | | | LSAR | | | | | 10,000 | |
| 7. Fox Rothschild | | | LSAR | | | | | 10,570 | |
| 8. Corporate Trust Insights, LLC | | | LSAR | | | | | 16,392 | |

Note: "Year-To-Date" amounts are cumulative since the initial petition date and include activity for 2018 and 2019.

FORM MOR-1b  
(04/07)

Life Settlements Absolute Return I, LLC (BK #17-13030)   (MFW)
Senior LS Holdings, LLC (BK #17-13031)   (MFW)
Bank Accounts
May 31, 2019

## ALL BANK ACCOUNTS AND DISBURSEMENT SUMMARY

### ALL BANK ACCOUNTS

| Entity | Case # | Bank | A/C # | Title | Description | Code | DEC 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | Q1 2019 | APR 2019 | MAY 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0500 | LASAR Collection Account | Collection account for benefit and other receipts. | COL | 7,920,710.09 | 10,799,249.22 | 9,306,963.01 | 7,052,682.40 | 5,261,693.32 | 3,252,356.83 | 2,657,104.30 | 0.00 |
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0501 | LASAR Payment Account | Payment account for the payment of expenses. | PAY | 12,500.00 | 0.00 | 3.61 | 0.00 | 282.90 | 5,000.25 | 5.60 | 0.00 |
| LASAR | BK #17-13030 (MFW) | Wells Fargo Bank, N.A. | ****0502 | LASAR Premium Reserve Account | Reserve account for the future premium payments | RES | 353,397.49 | 338,870.47 | 339,879.06 | 341,111.12 | 342,604.36 | 344,494.83 | 345,161.60 | 0.00 |
| LASAR | BK #17-13030 (MFW) | USBank | 2503**** | LASAR-GERS Escrow Account | Funds held in trust until the resolution of the GERS matter | LGE | - | - | 207,419.00 | 207,419.00 | 207,419.00 | 207,430.43 | 207,756.43 | 641.29 |
| SLSH | BK #17-13031 (MFW) | Wilmington Savings Fund Society, FSB | ****0000 | WSFS Wealth, Christiana Trust | Escrow account for policy sales | ESC | 9,667.45 | 9,821.60 | 7,351.32 | 7,379.35 | 7,410.25 | 7,446.55 | 7,459.64 | 20.12 |
| | | | | | | | 8,296,275.03 | 11,147,941.29 | 9,861,616.00 | 7,608,591.87 | 5,819,409.83 | 5,468,357.68 | 3,217,487.57 | 661.41 |

### DISBURSEMENT SUMMARY
For the Calculation of Fees Due to the Office of the US Trustee.

| Entity | Case # | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | Q1 2019 | APR 2019 | MAY 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Life Settlements Absolute Return I, LLC | BK #17-13030 (MFW) | 1,646,528.00 | 1,521,794.00 | 2,286,442.00 | 1,820,216.00 | 2,031,346.00 | 606,611.00 | 3,215,947.93 | 13,128,884.93 |
| Senior LS Holdings, LLC | BK #17-13031 (MFW) | 140.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,452.33 | 10,092.33 |

Life Settlements Absolute Return I, LLC (BK #17-13030)    (MFW)
Senior LS Holdings, LLC (BK #17-13031)    (MFW)
Schedule of Cash Receipts and Disbursements
May 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Total | Current Month LASAR | SLSH | DEC 2017 LASAR | SLSH | Q1 2018 LASAR | SLSH | Q2 2018 LASAR | SLSH | Q3 2018 LASAR | SLSH | Q4 2018 LASAR | SLSH | Q1 2019 LASAR | SLSH | APR 2019 LASAR | SLSH | Total LASAR | SLSH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash beginning of month | 3,217,487.57 | 3,210,027.93 | 7,459.64 | | | | | | | | | | | | | | | | |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | | | | | | | | | | | | | | |
| Transfers – OUT | (320,557.00) | (320,557.00) | 0.00 | | | (1,618,780.53) | 0.00 | (1,521,794.00) | 0.00 | (2,286,438.39) | 0.00 | (1,820,496.00) | 0.00 | (2,036,042.58) | 0.00 | (601,611.00) | 0.00 | (8,169,676.92) | 0.00 |
| Transfers – IN | 320,557.00 | 320,557.00 | 0.00 | | | 1,618,780.53 | 0.00 | 1,521,794.00 | 0.00 | 2,286,438.39 | 0.00 | 1,820,496.00 | 0.00 | 2,036,042.58 | 0.00 | 601,611.00 | 0.00 | 8,169,676.92 | 0.00 |
| Net inter-account transfers (non-disbursements) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | |
| Interest earned | 6,574.10 | 6,561.29 | 12.81 | | | 16,168.10 | 293.21 | 30,499.57 | 29.72 | 33,389.84 | 27.73 | 31,003.06 | 31.20 | 28,628.76 | 36.30 | 7,356.59 | 13.09 | 124,978.45 | 407.76 |
| Returned funds | 0.00 | 0.00 | 0.00 | | | | | 207,439.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207,439.42 | 0.00 |
| Benefit proceeds | 0.00 | 0.00 | 0.00 | | | 4,460,589.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,460,589.01 | 0.00 |
| Total receipts | 6,574.10 | 6,561.29 | 12.81 | 0.00 | 0.00 | 4,476,757.11 | 293.21 | 237,938.99 | 29.72 | 33,389.84 | 27.73 | 31,003.06 | 31.20 | 28,628.76 | 36.30 | 7,356.59 | 13.09 | 4,793,006.88 | 407.76 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | |
| Administrative | | | | | | | | | | | | | | | | | | | |
| Consultants | 15,000.00 | 15,000.00 | | | | 27,500.00 | | 22,500.00 | | 22,500.00 | | 44,866.00 | | 22,500.00 | 0.00 | 7,500.00 | | 139,866.00 | |
| US Trustee | | 0.00 | | | | 650.00 | | 19,877.00 | | 12,456.00 | | 23,189.00 | | 18,527.00 | 0.00 | 25,706.00 | | 81,878.00 | |
| Wells Fargo trust fees | 5,000.00 | 5,000.00 | | | | 15,000.00 | | 15,000.00 | | 15,000.00 | | 15,045.00 | | 10,000.00 | 0.00 | 10,000.00 | | 75,045.00 | |
| AFM equity rep fee | 19,000.00 | 19,000.00 | | | | 38,000.00 | | 28,500.00 | | 28,500.00 | | 28,500.00 | | 28,500.00 | 0.00 | 9,500.00 | | 152,000.00 | |
| AFM out-of-pocket expenses | 29,579.00 | 29,579.00 | | | | 28,934.00 | | 52,758.00 | | 55,374.00 | | 65,815.00 | | 62,379.00 | 0.00 | 25,371.00 | | 257,831.00 | |
| AFM, residual per APA | 75,000.00 | 75,000.00 | | | | | | | | | | | | | | | | 75,000.00 | |
| Bayard, P.A. | 63,731.00 | 63,731.00 | | | | 22,807.00 | | 62,553.00 | | 81,358.00 | | 86,348.00 | | 37,811.00 | 0.00 | 45,112.00 | | 361,909.00 | |
| BPCP Life Settlements | 300,000.00 | 300,000.00 | | | | | | | | | | | | | | | | 300,000.00 | |
| Caserta, LLC | 45,743.00 | 45,743.00 | | | | | | | | | | | | | | | | 45,743.00 | |
| Christiana Trust fee | | 0.00 | 0.00 | | | | | 140.00 | | 6,000.00 | 2,500.00 | 0.00 | | 20.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 2,640.00 |
| Corporate Trust Insights, LLC | | 0.00 | | | | | | | | | | | | | | 16,392.00 | | 16,392.00 | |
| Delaware Secretary of State | | 0.00 | | | | | | 900.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 900.00 | |
| Ensign Peak, Purchaser escrow | 513,685.69 | 506,233.36 | 7,452.33 | | | | | | | | | | | | | | | 506,233.36 | 7,452.33 |
| Fox Rothschild | | 0.00 | | | | | | | | 10,570.00 | | 0.00 | | 0.00 | | 0.00 | | 10,570.00 | |
| GERS settlement payment | | 1,714,157.57 | | | | 207,419.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 1,921,576.57 | |
| Miller Coffey | | 0.00 | | | | | | | | | | 10,000.00 | | 0.00 | | 49,908.00 | | 59,908.00 | |
| Moore Colson | | 0.00 | | | | | | 29,220.00 | | 68,764.00 | | 35,640.00 | | 9,868.00 | 0.00 | 9,776.00 | | 143,400.00 | |
| Morris James, LLP | | 0.00 | | | | | | | | 3,245.00 | | 0.00 | | 0.00 | | 0.00 | | 3,245.00 | |
| Nelson Mullins | | 0.00 | | | | 298,199.00 | | 95,395.00 | | 232,628.00 | | 0.00 | | 301,122.00 | 0.00 | 257,054.00 | | 883,276.00 | |
| ReedSmith | | 0.00 | | | | | | 26,399.00 | | 31,279.00 | | 0.00 | | 55,902.00 | 0.00 | 95,831.00 | | 153,509.00 | |
| The Berwyn Group | | 0.00 | | | | | | | | 375.00 | | 0.00 | | 0.00 | | 125.00 | | 500.00 | |
| The Settlement Group | 300,000.00 | 300,000.00 | | | | | | | | | | | | | | | | 300,000.00 | |
| Vertical Capital Holdings, LLC | 8,254.00 | 8,254.00 | | | | | | 84,094.00 | | 78,113.00 | | 2,010.00 | | 143,042.00 | 0.00 | 54,336.00 | | 226,807.00 | |
| Premium payments | 134,250.00 | 134,250.00 | | | | 1,008,019.00 | | 1,078,598.00 | | 1,646,280.00 | | 1,508,803.00 | | 1,341,675.00 | 0.00 | 0.00 | | 5,375,950.00 | |
| Total disbursements | 1,509,242.69 | 3,215,947.93 | 7,452.33 | 0.00 | 0.00 | 1,646,528.00 | 140.00 | 1,521,794.00 | 2,500.00 | 2,286,442.00 | 0.00 | 1,820,216.00 | 0.00 | 2,031,346.00 | 0.00 | 606,611.00 | 0.00 | 11,097,538.93 | 10,092.33 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (3,216,826.16) | (3,209,386.64) | (7,439.52) | 0.00 | 0.00 | 2,830,229.11 | 153.21 | (1,283,855.01) | (2,470.28) | (2,253,052.16) | 27.73 | (1,789,212.94) | 31.20 | (2,002,717.24) | 36.30 | (599,254.41) | 13.09 | (6,304,532.05) | (9,684.57) |
| Cash – end of period | 661.41 | 641.29 | 20.12 | | | | | | | | | | | | | | | | |

Life Settlements Absolute Return I, LLC (BK #17-13030) (MFW)
Senior LS Holdings, LLC (BK #17-13031) (MFW)
Schedule of Cash Receipts and Disbursements
May 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

|  | 0.00 | 0.00 | 0.00 | (0.00) | (0.00) |  |
|---|---:|---:|---:|---:|---:|---:|
|  | \multicolumn{5}{c}{Bank Accounts} |  |  |
|  | COL | PAY | RES | LGE | ESC | Total |
| Cash beginning of month | 2,657,104.30 | 5.60 | 345,161.60 | 207,756.43 | 7,459.64 | 3,217,487.57 |
| **INTER-ACCOUNT TRANSFERS (NON-DISBURSEMENTS)** | | | | | | |
| Transfers – OUT | (320,557.00) | | | | | (320,557.00) |
| Transfers – IN | | 186,307.00 | 134,250.00 | | | 320,557.00 |
| Net inter-account transfers (non-disbursements) | (320,557.00) | 186,307.00 | 134,250.00 | 0.00 | 0.00 | 0.00 |
| **RECEIPTS** | | | | | | |
| Interest earned | 5,587.11 | 6.62 | 652.27 | 315.29 | 12.81 | 6,574.10 |
| Returned funds | | | | | | 0.00 |
| Benefit proceeds | | | | | | 0.00 |
| Total receipts | 5,587.11 | 6.62 | 652.27 | 315.29 | 12.81 | 6,574.10 |
| **DISBURSEMENTS** | | | | | | |
| Administrative | | | | | | |
| Consultants | | 15,000.00 | | | | 15,000.00 |
| US Trustee | | | | | | |
| Wells Fargo trust fees | | 5,000.00 | | | | 5,000.00 |
| AFM equity rep fee | | 19,000.00 | | | | 19,000.00 |
| AFM out-of-pocket expenses | | 29,579.00 | | | | 29,579.00 |
| AFM, residual per APA | 75,000.00 | | | | | 75,000.00 |
| Bayard, P.A. | | 63,731.00 | | | | 63,731.00 |
| BPCP Life Settlements | | | 300,000.00 | | | 300,000.00 |
| Caserta, LLC | | 45,743.00 | | | | 45,743.00 |
| Christiana Trust fee | | | | | | |
| Corporate Trust Insights, LLC | | | | | | |
| Delaware Secretary of State | | | | | | |
| Ensign Peak, Purchaser escrow | 252,976.84 | 12.22 | 45,813.87 | 207,430.43 | 7,452.33 | 513,685.69 |
| Fox Rothschild | | | | | | |
| GERS settlement payment | 1,714,157.57 | | | | | |
| Miller Coffey | | 0.00 | | | | |
| Moore Colson | | | | | | |
| Morris James, LLP | | | | | | |
| Nelson Mullins | | | | | | |
| ReedSmith | | | | | | |
| The Berwyn Group | | | | | | |
| The Settlement Group | 300,000.00 | | | | | 300,000.00 |
| Vertical Capital Holdings, LLC | | 8,254.00 | | | | 8,254.00 |
| Premium payments | | | 134,250.00 | | | 134,250.00 |
| Total disbursements | 2,342,134.41 | 186,319.22 | 480,063.87 | 207,430.43 | 7,452.33 | 1,509,242.69 |
| NET CASH FLOW / (RECEIPTS LESS DISBURSEMENTS) | (2,657,104.30) | (5.60) | (345,161.60) | (207,115.14) | (7,439.52) | (3,216,826.16) |
| Cash – end of period | 0.00 | (0.00) | 0.00 | 641.29 | 20.12 | 661.41 |
| Reconciled at period end? | YES | YES | YES | YES | YES | |

Life Settlements Absolute Return I, LLC (BK #17-13030)  (MFW)
Senior LS Holdings, LLC (BK #17-13031)  (MFW)
US Trustee Billing
May 31, 2019

PLEASE NOTE, DEBTORS' NEW MAILING ADDRESS:
6650 RIVERS AVENUE
SUITE 105 #81921
NORTH CHARLESTON, SC 29406-4829

# US TRUSTEE BILLING

| Period Ended | Debtor Calculation | | | | US Trustee Account | | | | Δ |
|---|---|---|---|---|---|---|---|---|---|
| | Disbursements | Fee | Payments | Balance | Billing | Receipts | ADJ | Balance | |

LASAR (BK #17-13030) – A/C #111-17-13030

| Period Ended | Disbursements | Fee | Payments | Balance | Billing | Receipts | ADJ | Balance | Δ |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2017 | 0 | 325 | | 325 | 325 | | | 325 | 0 |
| 03/31/2018 | 1,646,528 | 16,465 | 325 | 16,465 | | 325 | | 0 | 16,465 |
| 04/30/2018 | | | | 16,465 | 19,552 | | | 19,552 | (3,087) |
| 05/10/2018 | | | 19,552 | (3,087) | | 19,552 | | 0 | (3,087) |
| 06/30/2018 | 1,521,794 | 15,218 | | 12,131 | | | | 0 | 12,131 |
| 07/05/2018 | | | | 12,131 | 16,960 | | | 16,960 | (4,829) |
| 08/01/2018 | | | | 12,131 | 25,001 | | | 41,961 | (29,830) |
| 08/08/2018 | | | | 12,131 | | 10 | | 41,971 | (29,840) |
| 08/18/2018 | | | 12,131 | 0 | | | | 41,971 | (41,971) |
| 09/30/2018 | 2,286,442 | 22,864 | | 22,864 | | | | 41,971 | (19,107) |
| 12/07/2018 | | | | 22,864 | | 19,422 | | 22,549 | 315 |
| 12/18/2018 | | | 22,864 | 0 | | | | 22,549 | (22,549) |
| 12/27/2018 | | | | 0 | | 23,179 | | (630) | 630 |
| 12/27/2018 | | | | 0 | | 10 | | (640) | 640 |
| 12/31/2018 | 1,820,216 | 18,202 | | 18,202 | | | | (640) | 18,842 |
| 01/15/2019 | | | | 18,202 | 17,155 | | | 16,515 | 1,687 |
| 01/18/2019 | | | 16,682 | 1,520 | | | | 16,515 | (14,995) |
| 01/23/2019 | | | | 1,520 | | 16,357 | | 158 | 1,362 |
| 01/31/2019 | | | | 1,520 | | | | 158 | 1,362 |
| 02/01/2019 | | | | 1,520 | 6,026 | | | 6,184 | (4,664) |
| 02/07/2019 | | | | 1,520 | 34 | | | 6,218 | (4,698) |
| 02/15/2019 | | | 1,520 | 0 | | | | 6,218 | (6,218) |
| 02/26/2019 | | | | 0 | | 1,855 | | 4,363 | (4,363) |
| 03/15/2019 | | | | 0 | | | (4,979) | (616) | 616 |
| 03/15/2019 | | | | 0 | | | (1,821) | (2,437) | 2,437 |
| 03/15/2019 | | | | 0 | | | 1,845 | (592) | 592 |
| 03/15/2019 | | | | 0 | | | (1,229) | (1,821) | 1,821 |
| 03/15/2019 | | | | 0 | | | 1,845 | 24 | (24) |
| 03/15/2019 | | | | 0 | | | (24) | 0 | (0) |
| 03/31/2019 | 2,031,346 | 20,313 | | 20,313 | 10,846 | | | 10,846 | 9,467 |
| 04/17/2019 | | | 25,706 | (5,393) | | | | 10,846 | (16,239) |
| 05/31/2019 | 3,822,559 | 38,226 | | 32,833 | | | | 10,846 | 21,987 |
| 05/31/2019 | 7,452 | 325 | | 33,158 | | | | 10,846 | 22,312 |

Life Settlements Absolute Return I, LLC (BK #17-13030)
Balance Sheet (LSAR)
May 31, 2019

# BALANCE SHEET (LSAR)

$$$ Omitted

| ASSETS | |
|---|---:|
| Cash and cash equivalents | 0 |
| Restricted cash – premium reserve account | 641 |
| Investment in SLSH | 44,244,395 |
| Prepaid premium expense | 0 |
| Accounts receivable – life insurance proceeds | 325,000 |
| Debt issuance costs, net | 0 |
| Other assets | 10,569 |
| | 44,580,605 |

| LIABILITIES AND PARTNERSHIP CAPITAL | |
|---|---:|
| **LIABILITIES** | |
| Accrued liabilities | |
| Credit facility | 0 |
| Credit facility – intercompany | 7,275,898 |
| Accrued interest – credit facility | 0 |
| Accrued interest – preference and mezzanine notes | 26,091,436 |
| Preference notes payable | 39,992,924 |
| Mezzanine notes payable | 24,000,000 |
| F1 Residual notes payable | 110,222,499 |
| Other liabilities | 0 |
| Total liabilities | 207,582,757 |
| **PARTNERSHIP CAPITAL** | (163,002,152) |
| Total liabilities and partnership capital | 44,580,605 |

NOTES:

**Note:** All cash and policy inventory was sold May 13, 2019.

F1 The Residual Notes are part of the same Trust Indenture dated June 12, 2008, as referenced in the Declaration of Robert J. Davey, III in Support of Chapter 11 Petitions and First Day Motions [D.I. 7] (the "First Day Declaration"), which likewise discusses the Residual Notes themselves. See First Day Declaration, pp. 7-9. As with the Preference and Mezzanine Notes, the Residual Notes are classified as Schedule E/F claims in the Debtors' Schedule of Assets and Liabilities for the Debtors at D.I. 43.

F2 All liabilities are pre-petition, except "Other liabilities" which is made up of post-petition activity.

Life Settlements Absolute Return I, LLC (BK #17-13030)
Statement of Operations (LSAR)
 for the five months ended May 31, 2019

## STATEMENT OF OPERATIONS (LSAR)

| $$$ Omitted | 2018 | | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | APR | MAY | YTD | Total |
| **REVENUES** | | | | | | | | | |
| Interest income | 130,481 | 30,520 | 33,390 | 31,003 | 28,629 | 7,356 | 6,562 | 42,547 | 267,941 |
| Asset sale, net | - | 0 | 0 | 0 | 0 | 0 | 42,304,867 | 42,304,867 | 42,304,867 |
| Total revenues | 130,481 | 10,946 | 33,390 | 31,003 | 28,629 | 7,356 | 42,311,429 | 42,347,414 | 42,572,808 |
| **EXPENSES** | | | | | | | | | |
| Changes in investments in senior life settlement policies | 847,410 | 1,097,511 | 1,098,133 | 1,009,689 | 1,400,932 | 445,697 | 2,111,068 | 3,957,697 | 5,899,372 |
| Bank charges | 15,000 | 22,379 | 15,001 | 15,099 | 15,066 | 5,000 | 4,986 | 25,052 | 87,545 |
| Professional fees | 371,343 | 310,953 | 515,405 | 265,636 | 503,264 | 532,916 | 143,474 | 1,179,654 | 2,499,517 |
| General and administrative expenses | 36,901 | 15,754 | 25,760 | 23,840 | 20,543 | 7,377 | 615 | 28,535 | 130,175 |
| Other expenses | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 0 | 64 |
| Total expenses | 1,270,654 | 1,446,597 | 1,654,299 | 1,314,328 | 1,939,805 | 990,990 | 2,260,143 | 5,190,938 | 8,616,673 |
| Net loss | (1,140,173) | (422,054) | (1,620,909) | (1,283,325) | (1,911,176) | (983,634) | 40,051,286 | 37,156,476 | 33,956,135 |

**PARTNERSHIP CAPITAL**

| | | |
|---|---|---|
| Balance, beginning of period, 12/31/2018 | | (199,997,623) |
| Adjustment for prepaid premium at 12/31/2018 | (378,566) | |
| Adjustment for benefit receivable at 12/31/2018 | 325,000 | |
| Adjustment for 2018 amortization expense at 12/31/2018 | (107,439) | (161,005) |
| Adjusted balance, beginning of period 01/01/2019 | | (200,158,628) |
| Net loss, current period | | 37,156,476 |
| Balance, end of period | | (163,002,152) |

Senior LS Holdings, LLC (BK #17-13031)
Balance Sheet (SLSH)
May 31, 2019

# Balance Sheet (SLSH)

$$$ Omitted

### ASSETS

| | |
|---|---:|
| Restricted cash – policy sale escrow account | 20 |
| Investments in senior life settlement policies | 0 |
| | 20 |

### LIABILITIES AND PARTNERSHIP CAPITAL

LIABILITIES
| | |
|---|---:|
| Accrued liabilities | 0 |
| Credit facility | 0 |
| Intercompany investment accounts | |
|   Attilanus | 43,741,646 |
|   Life Settlement Absolute Return I, LLC | 42,443,474 |
|     Total liabilities | 86,185,120 |
| PARTNERSHIP CAPITAL | (86,185,100) |
|     Total liabilities and partnership capital | 20 |

NOTES: The policies associated with " Investments in senior life settlement policies" were sold on May 13, 2019. The caption is presented for comparative purposes.

All liabilities are pre-petition.

Senior LS Holdings, LLC (BK #17-13031)
Statement of Operations (SLSH)
 for the five months ended May 31, 2019

## STATEMENT OF OPERATIONS (SLSH)

| $$$ Omitted | 2018 | | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | APR | MAY | YTD | Total |
| **REVENUES** | | | | | | | | | |
| Interest income | 295 | 29 | 28 | 31 | 36 | 13 | 13 | 62 | 445 |
| Asset sale, net | - | 0 | 0 | 0 | 0 | 0 | (5,607,452) | (5,607,452) | (5,607,452) |
| Total revenues | 295 | 29 | 28 | 31 | 36 | 13 | (5,607,439) | (5,607,390) | (5,607,007) |
| **EXPENSES** | | | | | | | | | |
| Changes in investments in senior life settlement policies | 140 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,640 |
| Professional fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total expenses | 140 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,640 |
| Net income / (loss) | 155 | (2,471) | 28 | 31 | 36 | 13 | (5,607,439) | (5,607,390) | (5,609,647) |

**PARTNERSHIP CAPITAL**

| | |
|---|---|
| Balance, December 31, 2018 | (72,896,560) |
| Inventory adjustment made subsequent to 2018 reporting | (7,681,150) |
| Balance, December 31, 2018, final | (80,577,710) |
| Net income, current period | (5,607,390) |
| Balance, end of period | (86,185,100) |

In re:    Life Settlements Absolute Return I, LLC
        Senior LS Holdings, LLC

Cases No. 17-13030 (MFW) & 17-13031 (MFW)

05/31/2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 325,000 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 325,000 |
| | |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | 325,000 |
| Total Accounts Receivable | 325,000 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | 325,000 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | NA | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

NOTE

#1 – May 13, 2019 – the Debtor entered into a Court approved Asset Purchase Agreement
    with Ensign Peak, the holder of the Preference notes.  Ensign Peak was the successful
    bidder of the Debtor's auction in April of 2019.

#3 – No Federal or State tax returns are due at this time.
    All debtors are "pass-through" entities for tax purposes with no resulting tax liability.

#5 – The GERS-Escrow account was transferred from Christiana Trust to US Bank, 02/26/2019.
    The account number is 250311000.